| **UNITED STATES BANKRUPTCY COURT** District of Delaware | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): Dendreon Corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 22-3203193 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 1301 2nd Avenue, Seattle, Washington          ZIP CODE 98101 | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP CODE |
| County of Residence or of the Principal Place of Business: King | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP CODE | Mailing Address of Joint Debtor (if different from street address):          ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):          ZIP CODE | |

| **Type of Debtor** (Form of Organization) (Check **one** box.) | **Nature of Business** (Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* <br> ☑ Corporation (includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☑ Other | ☐ Chapter 7 <br> ☐ Chapter 9 <br> ☑ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13 <br> ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding <br> ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors** Country of debtor's center of main interests: <br><br> Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity** (Check box, if applicable.) <br><br> ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** (Check **one** box.) <br> ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." <br> ☑ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached. <br><br> ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. <br><br> ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box: <br> ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). <br> ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). <br> Check if: <br> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*). <br> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - <br> Check all applicable boxes: <br> ☐ A plan is being filed with this petition. <br> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors. <br> ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors (Consolidated with debtor affiliates)

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets (Consolidated with debtor affiliates)

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities (Consolidated with debtor affiliates)

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Dendreon Corporation |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   None | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:   Please see Schedule 1 | Case Number: | Date Filed: |
| District:   District of Delaware | Relationship:<br>Affiliate | Judge:<br>Same |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Dendreon Corporation |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

   _____
   Telephone Number (if not represented by attorney)

   _____
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code.
     Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the
     chapter of title 11 specified in this petition. A certified copy of the
     order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

   _____
   (Printed Name of Foreign Representative)

   _____
   Date

### Signature of Attorney*

X   /s/ Sarah E. Pierce
   _____
   Signature of Attorney for Debtor(s)
   Sarah E. Pierce
   Printed Name of Attorney for Debtor(s)
   Skadden, Arps, Slate, Meagher & Flom LLP
   Firm Name

   One Rodney Square, P.O. Box 636
   Wilmington, Delaware 19899
   Address
   (302) 651-3000
   Telephone Number
   11/10/14
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

   _____
   Printed Name and title, if any, of Bankruptcy Petition Preparer

   _____
   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /s/ Gregory R. Cox
   _____
   Signature of Authorized Individual
   Gregory R. Cox
   Printed Name of Authorized Individual
   Interim Chief Financial Officer and Treasurer
   Title of Authorized Individual
   11/10/14
   Date

   _____
   Address

X _____
   Signature

   _____
   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

## **SCHEDULE 1**
SCHEDULE OF DEBTORS

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code. Substantially contemporaneously with the filing of these petitions, these entities filed a motion requesting that their respective chapter 11 cases be jointly administered for procedural purposes only.

| DEBTOR | TAX ID NO |
|---|---|
| Dendreon Corporation | 22-3203193 |
| Dendreon Holdings, LLC | 27-1988047 |
| Dendreon Distribution, LLC | 27-1988598 |
| Dendreon Manufacturing, LLC | 27-3627123 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
In re:                              :     Chapter 11
                                    :
DENDREON CORPORATION,               :     Case No. 14-_____
                                    :
1301 2nd Avenue, Seattle, Washington 98101,  :
                                    :
              Debtor.               :     Tax I.D. No. 22-3203193
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## EXHIBIT "A" TO VOLUNTARY PETITION

1.      If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is, with respect to the debtor's Common Stock, $0.001 par value per share, 000-30681, and, with respect to the debtor's Series A Junior Participating Preferred Stock, 001-35546.

2.      The following financial data is the latest available information available and refers to the debtor's condition on June 30, 2014, except as noted, as consolidated among the debtor and its subsidiaries, including both (i) U.S. entities that are voluntary petitioners hereunder and (ii) non-U.S. entities that are not petitioners hereunder. Please note that this financial data is approximate and derived from unaudited sources. No certification as to its accuracy can be made.

|   |   |   |
|---|---|---|
| a. | Total assets | $364,629,000 |
| b. | Total debts (including debts listed in 2.c, below) | $664,438,000 |
| c. | Debt securities held by more than 500 holders:[1] | |

---

[1]     The debtor is unable to determine the precise number of holders of its debt securities. However, it elects to identify all outstanding debt securities in response to this inquiry.

| Debt Security | Secured, Unsecured or Subordinated | Outstanding Principal Amount | Approximate Number of Holders, CUSIP and ISIN |
|---|---|---|---|
| 2.875% Convertible Senior Notes due 2016 | Unsecured | $620,000,000[2] | Unknown<br><br>CUSIP: 24823Q AC1<br><br>ISIN: US24823Q AC15 |

      d.     Number of shares of preferred stock:

| Authorized | Issued | Outstanding | Number of Holders |
|---|---|---|---|
| 10,000,000 | None | None | None |

      e.     Number of shares of common stock issued and outstanding as of June 30, 2014:

| Authorized | Issued | Outstanding | Approximate Number of Holders and CUSIP |
|---|---|---|---|
| 250,000,000 | 160,098,163 | 157,274,622 | Unknown<br><br>CUSIP: 24823Q 107 |

Comments, if any:

None.

      3.     Brief description of the debtor's business:

The debtor and its subsidiaries are biotechnology companies focused on the discovery, development and commercialization of novel therapies to significantly improve treatment options for cancer patients. The debtor and its subsidiaries are primarily focused on commercializing PROVENGE® in the United States and around the world. PROVENGE is a first-in-class immunotherapy used to treat patients suffering from advanced-stage prostate cancer, which is the most common non-skin cancer and the second-leading cause of cancer deaths among men in the United States. (See also Declaration of Robert L. Crotty in Support of Chapter 11 Petitions and First Day Pleadings.)

---

[2]    Carried on the books of the debtor net of an unamortized discount of $46,865,000, for a net balance of $573,135,000.

4.      List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the debtor:

| Name of Beneficial Owner | Amount and Nature of Beneficial Ownership | Percentage of Common Stock | Date of Filing |
|---|---|---|---|
| BlackRock, Inc. | 12,788,309 | 8.0% | January 28, 2014 |
| The Vanguard Group | 9,270,171 | 5.8% | February 12, 2014 |

This table is based solely upon filings on Schedule 13G under the Securities Exchange Act of 1934. The latest such filing reflected herein was on May 22, 2014.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :      Chapter 11
                                              :
DENDREON CORPORATION,                         :      Case No. 14-_____
                                              :
1301 2nd Avenue, Seattle, Washington 98101,   :      Joint Administration Pending
                                              :
                        Debtor.               :      Tax I.D. No. 22-3203193
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CONSOLIDATED LIST OF CREDITORS HOLDING
TWENTY LARGEST UNSECURED CLAIMS**

Set forth below is a list of creditors holding the twenty largest unsecured claims against Dendreon Corporation and its domestic subsidiaries (collectively, the "Debtors"), as of approximately November 6, 2014. This list has been prepared on a consolidated basis, based upon the books and records of the Debtors. The information presented in the list shall not constitute an admission by, nor is it binding on, the Debtors.

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among holders of the largest unsecured claims.

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Bank of New York Mellon Trust Company, N.A. Corporate Trust Department P.O. Box 392013 Pittsburgh, PA 15251 | Bank of New York Mellon Trust Company, N.A. Attention: Corporate Trust Trustee Administration 700 S. Flower Street Suite 500 Los Angeles, CA 90017 Fax: (213) 630-6298 | Notes | — | $620,000,000 |
| Savvis Communications Corporation 13322 Collections Center Drive Chicago, IL 60693 | Savvis Communications Corporation Attention: President or General Counsel 1 Savvis Parkway Town & Country, MO 63017 Phone: (877) 728-8477 Fax: (314) 579-8708 E-mail: saas@savis.net | Trade Debt | — | $545,334 |
| American Red Cross P.O. Box 100805 Pasadena, CA 91189 | American Red Cross David Meltzer General Counsel 2025 E Street NW Washington, DC 20006 Phone: (877) 733-2767 Fax: (202) 639-9825 E-mail: ombudsman@redcross.org | Trade Debt | — | $319,443 |

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim (if secured, also state value of security)* |
| Vogel Farina LLC Attention: Diane Newlin 114 Fifth Avenue New York, NY 10011 | Vogel Farina LLC Attention: Diane Newlin 114 Fifth Avenue New York, NY 10011 Phone: (908) 598-1188 Fax: (908) 598-1190 E-mail: dnewlin@vogelfarina.com bvogel@vogelfarina.com 350 Springfield Avenue Summit, NJ 07901 | Trade Debt | — | $255,280 |
| Cisco Systems Capital Corporation P.O. Box 742927 Los Angeles, CA 90074 | Cisco Systems Capital Corporation Mark Chandler General Counsel 170 West Tasman Drive San Jose, CA 95134 Phone: (800) 553-6387 E-mail: web-help@cisco.com | Trade Debt | — | $252,814 |
| Blood Centers of America, Inc. P.O. Box 84-5732 Boston, MA 02284 | Blood Centers of America, Inc. Bill Block President 1300 Division Road Suite 102 West Warwick, RI 02893 Phone: (401) 381-0600 Fax: (401) 381-0016 E-mail: bblock@bca.coop | Trade Debt | — | $190,650 |

3

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim (if secured, also state value of security)* |
| Source Healthcare Analytics, LLC P.O. Box 277158 Atlanta, GA 30384 | Source Healthcare Analytics, LLC n/k/a Symphony Health Solutions John A. Malina Chief Financial Officer 2390 E. Camelback Road Suite 110 Phoenix, AZ 85016-3429 Phone: (602) 381-9500 E-mail: john.malina@symphonyhealth.com | Trade Debt | — | $149,971 |
| AES Clean Technology 422 Stump Road Montgomeryville, PA 18936 | AES Clean Technology Cliff Satterfield President 422 Stump Road Montgomeryville, PA 18936 Phone: (215) 393-6810 Fax: (215) 393-6819 E-mail: bdv@aesclean.com | Trade Debt | — | $123,955 |
| Taos Mountain, Inc. P.O. Box 225 Santa Clara, CA 95052 | Taos Mountain, Inc. Mary Hale Chief Financial Officer 121 Daggett Drive San Jose, CA 95134 Phone: (408) 588-1200 Fax: (408) 588-1296 E-mail: contact@taos.com | Trade Debt | — | $101,750 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim (if secured, also state value of security)* |
| Integrated Sales and Marketing Consultants, LLC 50 Kenzel Avenue Nutley, NJ 07110 | Integrated Sales and Marketing Consultants, LLC Attention: President or General Counsel 50 Kenzel Avenue Nutley, NJ 07110 Phone: (201) 663-5324 E-mail: sales@ismc.co | Trade Debt | — | $96,362 |
| Document Technologies, LLC DTI P.O. Box 935151 Atlanta, GA 31193 | Document Technologies, LLC Jeffrey Jacobs General Counsel Two Ravinia Drive Suite 850 Atlanta, GA 30346 Phone: (770) 390-2700 Fax: (770) 390-2705 E-mail: corporate@dtiglobal.com | Trade Debt | — | $93,249 |
| Accellent Endoscopy 4776 Solutions Center #203520 Dallas, TX 75320 | Accellent Endoscopy Ron Honig General Counsel 100 Fordham Road Wilmington, MA 01887 Phone: (866) 899-1392 Fax: (978) 657-0878 | Trade Debt | — | $71,374 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim (if secured, also state value of security)* |
| Fenwal Inc.<br>26762 Network Place<br>Chicago, IL 60673 | Fenwal Inc.<br>Brian Beeler<br>General Counsel<br>Three Corporate Drive<br>Lake Zurich, IL 60047<br>Phone: (847) 550-5689<br>Fax: (847) 550-2960<br>E-mail:<br>christie.larson@fenwalinc.com<br>brian.beeler@fenwalinc.com | Trade Debt | — | $64,529 |
| Trinity Partners, LLC<br>230 Third Avenue<br>Waltham, MA 02451 | Trinity Partners, LLC<br>John Corcoran<br>President<br>Prospect Place<br>230 Third Avenue<br>Waltham, MA 02451<br>Phone: (781) 487-7300<br>Fax: (781) 487-7301 | Trade Debt | — | $58,218 |
| Mesa Laboratories, Inc.<br>12100 W 6th Avenue<br>Lakewood, CO 80228 | Mesa Laboratories, Inc.<br>Helene R. Leone<br>General Counsel<br>12100 W 6th Avenue<br>Lakewood, CO 80228<br>Phone: (303) 987-8000<br>Fax: (303) 987-8989<br>E-mail:<br>customerservice@mesalabs.com | Trade Debt | — | $54,531 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured, also state value of security) |
| Alto Litigation, PC 4 Embarcadero Center Suite 1400 San Francisco, CA 94111 | Alto Litigation, PC Bahram Seyedin-Noor 4 Embarcadero Center Suite 1400 San Francisco, CA 94111 Phone: (415) 868-5602 Fax: (866) 654-7207 E-mail: bahram@altolit.com | Trade Debt | — | $50,399 |
| Prudential Overall Supply P.O. Box 11210 Santa Ana, CA 92711 | Prudential Overall Supply Dan Clark Chief Executive Officer 1661 Alton Parkway Irvine, CA 92606 Phone: (949) 250-4855 Fax: (949) 261-1947 | Trade Debt | — | $46,635 |
| New York Blood Center P.O. Box 9674 Uniondale, NY 11553 | New York Blood Center Jordana Schwartz General Counsel 310 E 67th Street New York, NY 10065 Phone: (212) 683-8100 Fax: (212) 737-4506 E-mail: jschwartz@nybloodcenter.org | Trade Debt | — | $46,444 |
| OneBlood, Inc. P.O. Box 628342 Orlando, FL 32862 | OneBlood, Inc. John E. Murphy, Jr. Chief Financial Officer 8669 Commodity Circle Orlando, FL 32819 Phone: (407) 248-5000 Fax: (352) 732-6251 | Trade Debt | — | $43,500 |

| (1)<br><br>*Name of creditor and complete mailing address, including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim (if secured, also state value of security)* |
|---|---|---|---|---|
| International Business Machines Corporation<br>P.O. Box 676673<br>Dallas, TX 75267 | International Business Machines Corporation<br>Robert C. Webber<br>General Counsel<br>1 New Orchard Road<br>Armonk, NY 10504-1722<br>Phone: (914) 499-1900<br>Fax: (914) 765-6021<br>E-mail: ews@us.ibm.com | Trade Debt | — | $41,498 |

## DECLARATION

I, Gregory R. Cox, an authorized signatory for the Debtors in this case, declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding Twenty Largest Unsecured Claims and that it is true and correct to the best of my knowledge, information and belief.

Dated: Seattle, Washington
        November 10, 2014

By:    */s/ Gregory R. Cox*
Name: Gregory R. Cox

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                              :        Chapter 11
:
DENDREON CORPORATION,                               :        Case No. 14-_____
:
1301 2nd Avenue, Seattle, Washington 98101,  :        Joint Administration Pending
:
Debtor.                          :        Tax I.D. No. 22-3203193
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CORPORATE OWNERSHIP STATEMENT OF
## DENDREON CORPORATION

The attached organizational chart identifies all entities in which the above-captioned debtor and debtor in possession (the "Debtor") owns an interest.

In addition, pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of the Debtor certifies that no entity directly or indirectly owns 10% or more of the Debtor's equity interests.

## DECLARATION

I, Gregory R. Cox, an authorized signatory for the Debtor in this case, declare under penalty of perjury that I have read the foregoing Corporate Ownership Statement and that it is true and correct to the best of my knowledge, information and belief.

Dated: Seattle, Washington
       November 10, 2014

By:      */s/ Gregory R. Cox*
Name: Gregory R. Cox

Dendreon Corporation
(Delaware)
100%
100%
Dendreon Holdings, LLC
(Delaware)
Dendreon Holdings (Netherlands) B.V.
(The Netherlands)
100%
100%
100%
100%
100%
Dendreon Distribution, LLC
(Delaware)
Dendreon Manufacturing, LLC
(Delaware)
Dendreon Operations B.V.
(The Netherlands)
Dendreon UK Limited
(England and Wales)
Dendreon Germany GmbH
(Germany)
Legend
Debtor Entities
Non-Debtor Subsidiaries

# DENDREON CORPORATION

<u>Secretary's Certificate</u>

The undersigned, being the Secretary of Dendreon Corporation, a Delaware corporation (the "<u>Company</u>"), does hereby certify as follows:

1.  I am the duly qualified and appointed Secretary of the Company and, as such, am familiar with the facts herein certified, and I am duly authorized to certify the same on behalf of the Company.

2.  Attached hereto as <u>Annex 1</u> is a true, correct and complete copy of resolutions duly adopted by the board of directors of the Company on November 9, 2014 (the "<u>Resolutions</u>").

3.  The Resolutions have not been modified or rescinded and are in full force and effect.

IN WITNESS WHEREOF, the undersigned has executed and caused this certificate to be delivered as of November 9, 2014.

Dendreon Corporation


By:  */s/ Robert L. Crotty*
Name:  Robert L. Crotty
Title:   Secretary

**<u>ANNEX 1</u>**

**RESOLUTIONS**
**OF**
**THE BOARD OF DIRECTORS**
**OF**
**DENDREON CORPORATION**

**November 9, 2014**

The board of directors (the "Board of Directors") of Dendreon Corporation, a

Delaware corporation (the "Corporation"), pursuant to the Delaware General Corporation Law

and the amended and restated bylaws of the Corporation, at a duly convened meeting, does

hereby adopt the following resolutions:

**WHEREAS**, the Board of Directors has been presented with a proposed petition to be filed by the Corporation in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as a debtor-in-possession will be sought;

**WHEREAS**, the Board of Directors has been presented with (i) a proposed definitive agreement by and among the Corporation and certain holders of the Corporation's 2.875% Convertible Senior Notes due 2016 (the "2016 Notes") affiliated with Deerfield Management Company, L.P. and (ii) a proposed definitive agreement by and among the Corporation and certain other holders of the 2016 Notes, in each case, pursuant to which such holders will agree to work to effectuate a restructuring of the Corporation's obligations (the "Restructuring") in accordance with the terms of their respective agreements (such agreements, collectively, substantially in the forms and on the terms presented to the Board of Directors, and including, for the avoidance of doubt, each of the plan term sheet and the form of proposed bidding procedures attached as exhibits thereto, the "Plan Support Agreements");

**WHEREAS**, each of the Plan Support Agreements contemplates the Restructuring to be effectuated pursuant to a stand-alone plan of reorganization in chapter 11 (the "Stand-Alone Plan") under which holders of the 2016 Notes will receive new shares of common stock in the reorganized Corporation, subject to the outcome of the competitive process provided for in each of the Plan Support Agreements;

**WHEREAS**, each of the Plan Support Agreements further contemplates that, as an alternative to the Stand-Alone Plan, the Corporation will concurrently conduct a competitive process, pursuant to the proposed bidding procedures to be approved by the Bankruptcy Court, seeking qualified bids for (i) a sale of all or substantially all of the

Corporation's assets pursuant to Section 363 of the Bankruptcy Code or (ii) a recapitalization transaction effectuated through a plan of restructuring;

**WHEREAS**, the Board of Directors, having explored the strategic alternatives of the Corporation and the best course of action to maximize value, has determined that it is advisable and in the best interests of the Corporation and its stakeholders, including its stockholders, creditors and other interested parties, that the Corporation file a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code and substantially concurrently enter into each of the Plan Support Agreements.

Chapter 11 Filing

**NOW THEREFORE, BE IT RESOLVED**, that the Corporation file a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code, in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is authorized hereby;

**FURTHER RESOLVED**, that each of the officers of the Corporation, including, without limitation, the president and chief executive officer, the vice president, interim chief financial officer and treasurer, the executive vice president, general counsel and secretary and any vice president, assistant treasurer or assistant secretary of the Corporation (each, an "Authorized Representative," and, collectively, the "Authorized Representatives") is hereby authorized, empowered and directed in the name and on behalf of the Corporation to take all actions in connection with the chapter 11 case authorized herein;

**FURTHER RESOLVED**, that the Authorized Representatives be, and each of them, with full authority to act without the others, hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to execute and verify a petition in the name of the Corporation under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court in such form and at such time as the Authorized Representative executing said petition on behalf of the Corporation shall determine;

**FURTHER RESOLVED**, that the Authorized Representatives be, and each of them, with full authority to act without the others, hereby is, authorized, empowered and directed in the name and on behalf of the Corporation, to execute and file or cause to be executed and filed (or to direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all other action which they or any one of them deem necessary or appropriate in connection with the chapter 11 case contemplated hereby, with a view to the successful prosecution of such case;

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by any Authorized Representative to seek relief under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Corporation;

Plan Support Agreements

**FURTHER RESOLVED**, that in connection with the bankruptcy filing, it is desirable and in the best interests of the Corporation and its stakeholders, including its stockholders, creditors, and other interested parties, to enter into (concurrently with the Corporation's domestic subsidiaries, Dendreon Holdings, LLC, Dendreon Distribution, LLC, and Dendreon Manufacturing, LLC) each of the Plan Support Agreements;

**FURTHER RESOLVED**, that the form, terms and provisions of each of the Plan Support Agreements and the performance by the Corporation of its respective obligations thereunder and the consummation by the Corporation of the transactions contemplated thereunder be, and they hereby are, approved and adopted in all respects, subject to any required approval by the Bankruptcy Court;

**FURTHER RESOLVED**, that the Authorized Representatives be, and each of them individually hereby is, authorized, directed and empowered, in the name and on behalf of the Corporation, to negotiate, execute, deliver and perform, in the name and on behalf of the Corporation, each of the Plan Support Agreements, with such deletions or changes therein or additions thereto as such Authorized Representative or Authorized Representatives executing the same deems reasonable, necessary, appropriate or advisable, his or her execution and delivery thereof to be conclusive evidence of the approval by him or her of such deletions or changes therein or additions thereto;

**FURTHER RESOLVED**, that the Authorized Representatives be, and each of them individually hereby is, authorized, empowered and directed, in the name and for and on behalf of the Corporation, to prepare or cause to be prepared and to execute, verify and file such other forms, schedules, statements, reports, documents, powers or amendments thereto that, in the judgment of such officer taking such action, are necessary, appropriate or advisable in order to comply with any requirements of, or to obtain any order, approval or certificate of, or from, any federal, state, local or foreign government or any office, agency or entity thereof, in connection with the entry into each of the Plan Support Agreements and the performance by the Corporation of its respective obligations thereunder and the consummation by the Corporation of the transactions contemplated thereunder (including any disclosure to be made in connection with the Plan Support Agreements and the chapter 11 case in filings with the Securities and Exchange Commission from time to time), and to execute any and all required notifications, applications, reports, consents or other instruments or any amendments thereto with any and all appropriate federal, state, local and foreign government or any office, agency or entity thereof;

Retention of Advisors

**FURTHER RESOLVED**, that the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and its affiliates be, and hereby are, employed under a general retainer to render legal services to, and to represent, the Corporation in connection with the chapter 11 case and any other related matters in connection therewith, on such terms as any Authorized Representatives shall approve;

**FURTHER RESOLVED**, that the firm of Prime Clerk LLC is hereby engaged to provide the Corporation with consulting services including, without limitation, noticing, claims management and reconciliation, plan solicitation, balloting, disbursements, and assisting with the preparation of the Corporation's schedules of assets and liabilities and statement of financial affairs, in connection with the chapter 11 case and any other related matters in connection therewith, on such terms as any Authorized Representatives shall approve;

**FURTHER RESOLVED**, that the firm of Lazard Frères & Co. LLC be, and hereby is, employed as investment banker to the Corporation in connection with the chapter 11 case and any other related matters in connection therewith, on such terms as any Authorized Representatives shall approve;

**FURTHER RESOLVED**, that the firm of AlixPartners, LLP, be, and hereby is, employed as restructuring advisor to the Corporation in connection with the chapter 11 case and any other related matters in connection therewith, on such terms as any Authorized Representatives shall approve;

**FURTHER RESOLVED**, that the Authorized Representatives be, and each of them, with full authority to act without the others, hereby is, authorized, empowered and directed, on behalf of, and in the name of the Corporation, to retain such other professionals as they deem appropriate during the course of the chapter 11 case;

Fees and Expenses

**FURTHER RESOLVED**, that the Authorized Representatives be, and each of them, with full authority to act without the others, hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to incur and pay or cause to be paid all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions, the making of any such payment conclusively to evidence the due authorization and approval thereof by the Board of Directors;

General

**FURTHER RESOLVED**, that the Authorized Representatives of the Corporation be, and each of them, with full authority to act without the others, hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to take or cause

to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, certificates, undertakings, instruments and any and all other documents and amendments as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions;

**FURTHER RESOLVED**, that the Authorized Representatives be, and each of them, with full authority to act without the others, hereby is, authorized, empowered and directed, on behalf of and for and in the name of the Corporation, to amend, supplement or otherwise modify from time to time the terms of any agreements, undertakings, documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and

**FURTHER RESOLVED**, that all actions heretofore taken consistent with the purpose and intent of the foregoing resolutions are hereby authorized, ratified, approved, confirmed and adopted in all respects as the acts and deeds of the Corporation as fully as if such actions had been presented to the Board of Directors for its prior approval, including, but not limited to, all such actions taken by any director, officer or employee of the Corporation.