# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                             :
In re:                                       :   Chapter 11
                                             :
DENDREON CORPORATION, et al.,                :   Case No. 14-12515 (PJW)
                                             :
                 Debtors.¹                   :   Joint Administration Pending
                                             :
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Felicia Gerber Perlman to represent Dendreon Corporation and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "<u>Debtors</u>") in the above captioned action and any related adversary proceedings.

Dated: Wilmington, Delaware
       November 10, 2014

                                       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                       */s/ Sarah E. Pierce*
                                       Anthony W. Clark (I.D. No. 2051)
                                       Sarah E. Pierce (I.D. No. 4648)
                                       One Rodney Square
                                       P.O. Box 636
                                       Wilmington, Delaware 19899-0636
                                       Telephone: (302) 651-3000
                                       Facsimile: (302) 651-3001

                                       Proposed Counsel for Debtors and Debtors in Possession

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 1301 2nd Avenue, Seattle, Washington 98101.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: Chicago, IL
      November 10, 2014

                */s/ Felicia Gerber Perlman*
                Felicia Gerber Perlman
                Skadden, Arps, Slate, Meagher & Flom LLP
                155 N. Wacker Dr.
                Chicago, Illinois 60606
                Telephone: (312) 407-0700
                Fax: (312) 407-0411

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: Wilmington, Delaware
      November __, 2014

                _____
                Honorable Peter J. Walsh
                UNITED STATES BANKRUPTCY JUDGE