IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
: 
DENDREON CORPORATION, et al., : Case No. 14-12515 (PJW)
: 
Debtors.[1] : Joint Administration Pending
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AGENDA OF MATTERS SCHEDULED FOR HEARING ON
NOVEMBER 12, 2014 AT 2:00 P.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before the Honorable Peter J. Walsh, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware, on November 12, 2014 beginning at 2:00 p.m. (prevailing Eastern Time)[2]

**I.   INTRODUCTION**

Preliminary Remarks and Introduction

1. Declaration of Robert L. Crotty in Support of Chapter 11 Petitions and First Day Pleadings (Docket No. 3)

**II.  FIRST DAY PAPERS**

2. Debtors' Motion for Order (A) Directing Joint Administration of Chapter 11 Cases Pursuant to Fed. R. Bankr. P. 1015(b) and Del. Bankr. L.R. 1015-1 and (B) Waiving Requirements of 11 U.S.C. § 342(c)(1) and Fed. R. Bankr. P. 1005 and 2002(n) (Docket No. 4)

3. Debtors' Motion for Order Enforcing Protections of 11 U.S.C. § 362 and Bankruptcy Termination Provisions of 11 U.S.C. § 365 Pursuant to 11 U.S.C. §§ 105, 362 and 365 (Docket No. 5)

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 1301 2nd Avenue, Seattle, Washington 98101.

[2]   On November 6, 2014, a binder containing the first day pleadings was provided to the United States Trustee in compliance with Rule 9013-1(m)(iii) of the Local Rules for the United States Bankruptcy Court for the District of Delaware.

4.     Debtors' Motion for Interim and Final Orders (I) Authorizing (A) the Continued Use of Existing Cash Management System, Bank Accounts, Business Forms, and Deposit and Investment Practices; (B) Payment of Related Prepetition Obligations and (C) a Waiver of Certain Operating Guidelines Relating to Bank Accounts; and (II) Authorizing Continued Engagement in Intercompany Transactions Pursuant to 11 U.S.C. §§ 105(a), 345, and 363, Fed. R. Bankr. P. 6003 and 6004, and Del. Bankr. L.R. 2015-2 and 4001-3 (Docket No. 6)

5.     Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 363, 1107, and 1108 and Fed. R. Bankr. P. 6003 and 6004 Authorizing Debtors to (I) Honor Certain Prepetition Obligations to Customers and to Continue Customer Programs and (II) Pay Medicaid and Other Obligations (Docket No. 7)

6.     Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 363, 507(a), 541, 1107(a) and 1108, and Fed. R. Bankr. P. 6003 and 6004, to, Inter Alia, (I) Authorize, but Not Direct, the Debtors to Pay Prepetition Wages, Compensation and Employee Benefits; (II) Authorize, but Not Direct, the Debtors to Continue Certain Employee Benefit Programs in the Ordinary Course; and (III) Direct All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations (Docket No. 8)

7.     Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 1107 and 1108, and Fed. R. Bankr. P. 6003 and 6004 Authorizing Debtors to (I) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder and (II) Renew, Revise, Extend, Supplement, Change or Enter into New Insurance Policies(Docket No. 9)

8.     Debtors' Motion for Order Authorizing the Debtors to Pay Certain Prepetition Taxes and Related Obligations Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a), 541, 1107(a) and 1108, and Fed. R. Bankr. P. 6003 and 6004 (Docket No. 10)

9.     Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a) and 366 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies and (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service (Docket No. 11)

10.     Debtors' Motion for Order Authorizing Payment of Prepetition Claims of Certain Critical Vendors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 364, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004 (Docket No. 12)

11.     Debtors' Motion for Interim Order and Final Order Pursuant to Bankruptcy Code Sections 105(a), 362(a)(3) and 541 and Bankruptcy Rule 3001 Establishing Notice and Hearing Procedures for Trading in Equity Securities in Debtors (Docket No. 13)

12.     Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 521, Fed. R. Bankr. P. 1007(c) and Del. Bankr. L.R. 1007-1(b) Extending Time for Debtors to File Schedules and Statements (Docket No. 14)

13.     Debtors' Application for Appointment of Prime Clerk LLC as Claims and Noticing Agent (Docket No. 15)

You may find copies of the above referenced documents free-of-charge at https://cases.primeclerk.com/dendreon. You can direct your questions regarding the above referenced documents or any other matter to Dendreon Corporation's dedicated case information line, 1-844-794-3479.

Dated: Wilmington, Delaware
November 10, 2014

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        */s/ Sarah E. Pierce*
        Anthony W. Clark (I.D. No. 2051)
        Sarah E. Pierce (I.D. No. 4648)
        One Rodney Square
        P.O. Box 636
        Wilmington, Delaware 19899-0636
        Telephone: (302) 651-3000
        Fax: (302) 651-3001

        - and -

        Kenneth S. Ziman (*pro hac vice admission pending*)
        Raquelle L. Kaye (*pro hac vice admission pending*)
        Four Times Square
        New York, New York 10036-6522
        Telephone: (212) 735-3000
        Fax: (212) 735-2000

        - and -

        Felicia Gerber Perlman (*pro hac vice admission pending*)
        155 N. Wacker Drive
        Chicago, Illinois 60606-1720
        Telephone: (312) 407-0700
        Fax: (312) 407-0411

        Proposed Counsel for Debtors and Debtors in Possession