IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
:
In re: : Chapter 11
:
DENDREON CORPORATION, et al., : Case No. 14-12515 (PJW)
:
Debtors.[1] : Jointly Administered
:
: **Related Docket No. 14**
:
------------------------------x

### ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 521, FED. R. BANKR. P. 1007(c) AND DEL. BANKR. L.R. 1007-1(b) EXTENDING TIME FOR DEBTORS TO FILE SCHEDULES AND STATEMENTS

Upon the motion (the "Motion")[2] of the Debtors for an order (this "Order"), pursuant to Bankruptcy Code sections 105 and 521, Bankruptcy Rule 1007(c) and Local Bankruptcy Rule 1007-1(b), extending the time by which the Debtors must file their Schedules and Statements; and upon the First Day Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and after due deliberation thereon and good and sufficient cause appearing therefor, it is hereby,

**ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is GRANTED as set forth herein.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 1301 2nd Avenue, Seattle, Washington 98101.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or the First Day Declaration.

2. The time by which the Debtors must file their Schedules and Statements shall be, and hereby is, extended for thirty (30) days from the current deadline imposed by Local Rule 1007-1(b), through and including January 9, 2015.

3. Entry of this Order shall be without prejudice to the Debtors' right to request further extensions of time within which to file their Schedules and Statements or to request other relief from this Court regarding the filing of their Schedules and Statements or waiver of the requirement to file their Schedules and Statements.

4. The requirements set forth in Local Bankruptcy Rule 9013-1(b) are satisfied by the contents of the Motion.

5. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware

Nov. 12, 2014

_____
Honorable Peter J. Walsh
UNITED STATES BANKRUPTCY JUDGE

1118329-NYCSR03A - MSW