**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Dendreon Corporation, *et al.* | : | Case No. 14-12515 (PJW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

-----------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1.    **American Red Cross,** Attn: Richard Feliciano, 2025 E St. NW, Washington DC 20006, Phone: 202-303-5534, Fax: 202-303-0099

2.    **Document Technologies, LLC,** Attn: Jeffrey W. Jacobs, Two Ravinia Dr., Ste. 850, Atlanta, GA 30346, Phone: 770-390-2700, Fax: 770-390-2705

3.    **New York Blood Center, Inc.,** Attn: Jordana G. Schwartz, Esq., 310 E. 67th St., New York, NY 10065, Phone: 212-570-3002

4.    **Piedmont – Bridgewater NJ, LLC,** c/o Piedmont Office Realty Trust, Inc., Attn: Thomas A. McKean, 11695 Johns Creek Pkwy., Ste. 350, John Creek, GA 30097, Phone: 770-418-8611, Fax: 770-418-8711

5.    **GlaxoSmithKline,** Attn: Tim Thelen, Esq., 5 Moore Dr., PO Box 13398, Research Triangle Park, NC 27709, Phone: 919-483-1480, Fax: 704-899-9234

ROBERTA A. DEANGELIS
United States Trustee, Region 3

 /s/ David L. Buchbinder for                             
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: November 19, 2014

Attorney assigned to this Case: David L. Buchbinder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Anthony W. Clark, Esquire, Phone: (302) 651-3000, Fax: (302) 651-3001