# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DENDREON CORPORATION, et al.,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 14-12515 (PJW) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances as proposed counsel to the Official Committee of Unsecured Creditors (the "**Committee**") pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C §§ 101 et seq. (the "Bankruptcy Code"), and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that all notices given or required to be given in these chapter 11 cases (the "Chapter 11 Cases"), and all papers served or required to be served in the Chapter 11 Cases, be given and served upon:

| | |
|---|---|
| Michael H. Torkin, Esq.<br>Mark U. Schneiderman, Esq.<br>David J. Jakus, Esq.<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Telephone: 212-558-4000<br>Facsimile: 212-558-3588<br>E-Mail: torkinm@sullcrom.com<br>          schneidermanm@sullcrom.com<br>          jakusd@sullcrom.com | Pauline K. Morgan, Esq.<br>Sean T. Greecher, Esq.<br>YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>CM\ECF Notices only: bankfilings@ycst.com<br>E-Mail:      pmorgan@ycst.com<br>                  sgreecher@ycst.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any

01:16326391.1

application, motion, petition, complaint, demand, request, or other pleading in these Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise filed with or delivered to the Bankruptcy Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the Debtors, or property of the Debtors, or Committee.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearances, pleadings, proofs of claim, claims, or suits filed in these Chapter 11 Cases shall be deemed or construed as a waiver of any rights of the Committee to (i) have final orders in any non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in the Chapter 11 Cases or any case, controversy, or proceeding related to the Chapter 11 Cases, (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which the Committee is or may be entitled, either in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Date: November 21, 2014<br>Wilmington, Delaware | /s/ Sean T. Greecher<br>Pauline K. Morgan (No. 3614)<br>Sean T. Greecher (No. 4484)<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>- and - |

        Michael H. Torkin
        Mark U. Schneiderman
        David J. Jakus
        SULLIVAN & CROMWELL LLP
        125 Broad Street
        New York, NY  10004
        Telephone:    212-558-4000
        Facsimile:    212-558-3588

        Proposed Counsel for the Official Committee
        of Unsecured Creditors