IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
DENDREON CORPORATION, et al., : Case No. 14-12515 (PJW)
:
Debtors.[1] : Jointly Administered
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**LIST OF EQUITY SECURITY HOLDERS OF DENDREON CORPORATION**

This list contains the equity security holders of Dendreon Corporation, a debtor and debtor-in-possession in the above-captioned cases (the "Debtor"), prepared in accordance with Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure based on the Debtor's books and records and on public filings.

| **Name** | **Type of Interest** | **Interest** |
|---|---|---|
| BlackRock, Inc.[2]<br>40 East 52nd Street<br>New York, NY 10022 | Common Stock | 8.1% |
| The Vanguard Group[3]<br>100 Vanguard Blvd.<br>Malvern, PA 19355 | Common Stock | 5.8% |

The Debtor has no other public stockholders owning greater than a 5% interest.[4]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 1301 2nd Avenue, Seattle, Washington 98101.

[2] Based solely on a Schedule 13G filed with the Securities and Exchange Commission on January 28, 2014, by BlackRock, Inc.

[3] Based solely on a Schedule 13G filed with the Securities and Exchange Commission on February 12, 2014, by The Vanguard Group.

[4] The common stock of the Debtor was publicly traded on The NASDAQ Stock Market LLC (the "NASDAQ"). Trading in the common stock of the Debtor on the NASDAQ was suspended at the opening of business on Wednesday, November 19, 2014, but shares continue to trade in over-the-counter transactions.

## DECLARATION

    I, Gregory R. Cox, an authorized signatory for the Debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my knowledge, information and belief.

Dated: Seattle, Washington
    November 24, 2014

                 By:  */s/ Gregory R. Cox*
                 Name: Gregory R. Cox