IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
: 
DENDREON CORPORATION, et al., : Case No. 14-12515 (PJW)
: 
Debtors.[1] : Jointly Administered
: 
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS PREVIOUSLY
SCHEDULED FOR HEARING ON DECEMBER 9, 2014 AT 3:30 P.M. (EASTERN)**

**(HEARING CANCELED)**

    Set forth below are the matters previously scheduled to be heard before the Honorable Peter J. Walsh, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware, on December 9, 2014 beginning at 3:30 p.m. (Eastern).[3]

    **Given the status of the matters set forth below, the hearing previously scheduled for December 9, 2014 at 3:30 p.m. (Eastern) has been canceled at the direction of the Court.**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 1301 2nd Avenue, Seattle, Washington 98101.

[2] **Revisions to the prior version of the agenda appear in bold.**

[3] Parties wishing to participate in the hearing telephonically must contact the Court's conference call provider, CourtCall, prior to 12:00 p.m. (Eastern) on December 8, 2014, by phone (866-582-6878) or by facsimile (866-533-2946) in order to schedule a telephonic appearance.

## I. ADJOURNED MATTERS

1. Notice of Hearing on Debtors' Motion for Orders: (A)(I) Establishing Bidding Procedures Relating to the Sale of Substantially all of the Debtors' Assets; (II) Establishing Procedures for the Debtors to Enter Into Stalking Horse Agreement with Bid Protections In Connection with a Sale of Substantially all of the Debtors' Assets; (III) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (IV) Approving Form and Manner of Notice of all Procedures, Protections, Schedules and Agreements, and (V) Scheduling a Hearing to Consider the Proposed Sale, and (B)(I) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Certain Related Relief (Docket No. 62) (Date Filed: 11/12/14)

    Objection Deadline: December 2, 2014 at 4:00 p.m. (Eastern), extended until December 10, 2014 at 4:00 p.m. (Eastern) for GlaxoSmithKline LLC, the Official Committee of Unsecured Creditors, and the Office of the United States Trustee

    Objections/ Responses Filed:

    a. Majestic Airport Center III Building 3, LLC and NM Majestic Holdings, LLC Objection to Debtors' Motion (Docket No. 124) (Date Filed: 12/2/14)

    b. Informal Response of the Office of the United States Trustee

    Status: This matter is adjourned until December 17, 2014 at 11:00 a.m. (Eastern).

2. Notice of Hearing on Debtors' Motion for Order Approving the Implementation of the Key Employee Incentive Plan Filed by Dendreon Corporation (Docket No. 63) (Date Filed: 11/12/14)

    Related Document:

    a. Declaration of John Dempsey in Support of Motion (Docket No. 19) (Date Filed: 11/10/14)

    Objection Deadline: December 2, 2014 at 4:00 p.m. (Eastern), extended until December 10, 2014 at 4:00 p.m. (Eastern) for GlaxoSmithKline LLC, the Official Committee of Unsecured Creditors, and the Office of the United States Trustee

2

 

        Objections/
        Responses
        Filed:          None at the time of filing this agenda.

        Status:         This matter is adjourned until December 17, 2014 at 11:00 a.m. (Eastern).

3. Notice of Hearing on Debtors' Motion for Entry of an Order (a) Authorizing the Debtors to Assume Plan Support Agreements and (b) Granting Related Relief (Docket No. 64) (Date Filed: 11/12/14)

        Objection
        Deadline:    December 2, 2014 at 4:00 p.m. (Eastern), extended until December 10, 2014 at 4:00 p.m. (Eastern) for GlaxoSmithKline LLC, the Official Committee of Unsecured Creditors, and the Office of the United States Trustee

        Objections/
        Responses
        Filed:          None at the time of filing this agenda.

        Status:         This matter is adjourned until December 17, 2014 at 11:00 a.m. (Eastern)

4. Debtors' Motion Under Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule 9019 for Entry of an Order (I) Approving Stipulation; (II) Authorizing the Advancement and Reimbursement of Defense Costs and Other Loss Related Thereto; (III) Authorizing the Advancement and Reimbursement of Defense Costs and Other Loss by the Remaining Excess Insurers and (IV) Granting Related Relief (Docket No. 93) (Date Filed: 11/19/14)

        Related
        Document:

        a.         Order Shortening Notice (Docket No. 97) (Date Filed: 11/21/14)

        b.         Notice of Hearing (Docket No. 98) (Date Filed: 11/21/14)

        Objection
        Deadline:    December 5, 2014 at 5:00 p.m. (Eastern), extended until December 10, 2014 at 4:00 p.m. (Eastern) for GlaxoSmithKline LLC, the Official Committee of Unsecured Creditors, the Office of the United States Trustee, and the Unaffiliated Noteholders

        Objections/
        Responses
        Filed:          None at the time of filing this agenda.

    Status:    This matter is adjourned until December 17, 2014 at 11:00 a.m. (Eastern).

## II. MATTERS GOING FORWARD

5. Notice of Hearing on Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 327, 330 and 331 Authorizing the Debtors to Employ and Pay Professionals Utilized in the Ordinary Course of Business (Docket No. 61) (Date Filed: 11/12/14)

    Related Documents:

    a. Certification of Counsel (Docket No. 138) (Date Filed: 12/8/14)

    b. Revised Form of Order

    Objection Deadline: December 2, 2014 at 4:00 p.m. (Eastern), extended until December 4, 2014 at 4:00 p.m. (Eastern) for the Official Committee of Unsecured Creditors and the Office of the United States Trustee

    Objections/Responses Filed:

    a. Informal Response of the Office of the United States Trustee

    b. Informal Response of the Official Committee of Unsecured Creditors

    **Status:** **The Court has informed the Debtors that it will enter the order granting the relief requested.**

6. Notice of Entry of Interim Order and Final Hearing regarding Debtors' Motion for Interim and Final Orders (I) Authorizing (A) the Continued Use of Existing Cash Management System, Bank Accounts, Business Forms, and Deposit and Investment Practices; (B) Payment of Related Prepetition Obligations and (C) a Waiver of Certain Operating Guidelines Relating to Bank Accounts; and (II) Authorizing Continued Engagement in Intercompany Transactions Pursuant to 11 U.S.C. §§ 105(a), 345, and 363, Fed. R. Bankr. P. 6003 and 6004, and Del. Bankr. L.R. 2015-2 and 4001-3 (Docket No. 66) (Date Filed: 11/12/14)

    Related Documents:

    a. Certification of Counsel (Docket No. 139) (Date Filed: 12/8/14)

    b. Revised Form of Order

    Objection
    Deadline: December 2, 2014 at 4:00 p.m. (Eastern), extended until December 4, 2014 at 4:00 p.m. (Eastern) for the Official Committee of Unsecured Creditors and the Office of the United States Trustee

    Objections/
    Responses
    Filed:

    a.    Informal Response of the Office of the United States Trustee

    b.    Informal Response of the Official Committee of Unsecured Creditors

    **Status:** **The Court has informed the Debtors that it will enter the order granting the relief requested.**

7.    Notice of Entry of Interim Order and Final Hearing regarding Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 363, 1107, and 1108 and Fed. R. Bankr. P. 6003 and 6004 Authorizing Debtors to (I) Honor Certain Prepetition Obligations to Customers and to Continue Customer Programs and (II) Pay Medicaid and Other Obligations (Docket No. 67) (Date Filed: 11/12/14)

    Related Documents:

    a.    Certificate of No Objection (Docket No. 140) (Date Filed: 12/8/14)

    b.    Proposed Form of Order

    Objection
    Deadline: December 2, 2014 at 4:00 p.m. (Eastern), extended until December 4, 2014 for the Official Committee of Unsecured Creditors and the Office of the United States Trustee

    Objections/
    Responses
    Filed:    None

    **Status:** **The Court has informed the Debtors that it will enter the order granting the relief requested.**

8. Notice of Entry of Interim Order and Final Hearing regarding Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 363, 507(a), 541, 1107(a) and 1108, and Fed. R. Bankr. P. 6003 and 6004, to, Inter Alia, (I) Authorize, but Not Direct, the Debtors to Pay Prepetition Wages, Compensation and Employee Benefits; (II) Authorize, but Not Direct, the Debtors to Continue Certain Employee Benefit Programs in the Ordinary Course; and (III) Direct All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations (Docket No. 68) (Date Filed: 11/12/14)

   Related Documents:

   a. Certification of Counsel (Docket No. 141) (Date Filed: 12/8/14)

   b. Revised Form of Order

   Objection Deadline: December 2, 2014 at 4:00 p.m. (Eastern), extended until December 4, 2014 at 4:00 p.m. (Eastern) for the Official Committee of Unsecured Creditors and the Office of the United States Trustee

   Objections/Responses Filed:

   a. Informal Response of the Office of the United States Trustee

   b. Informal Response of the Official Committee of Unsecured Creditors

   **Status:   The Court has informed the Debtors that it will enter the order granting the relief requested.**

9. Notice of Entry of Interim Order and Final Hearing regarding Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a) and 366 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies and (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service (Docket No. 69) (Date Filed: 11/12/14)

   Related Documents:

   a. Certification of Counsel (Docket No. 142) (Date Filed: 12/8/14)

   b. Revised Form of Order

   Objection Deadline: December 2, 2014 at 4:00 p.m. (Eastern), extended until December 4, 2014 at 4:00 p.m. (Eastern) for the Official Committee of Unsecured Creditors and the Office of the United States Trustee

Objections/
Responses
Filed:

    a.    Objection of Georgia Power Company and Southern California Edison Company to the Debtors' Motion for Interim and Final Orders (Docket No. 104) (Date Filed: 11/24/14)

    b.    Notice of Withdrawal of Objection of Georgia Power Company and Southern California Edison Company (Docket No. 134) (Date Filed: 12/5/14)

    c.    Informal Response of the Office of the United States Trustee

    d.    Informal Response of the Official Committee of Unsecured Creditors

**Status:** **The Court has informed the Debtors that it will enter the order granting the relief requested.**

10. Notice of Entry of Interim Order and Final Hearing regarding Debtors' Motion for Interim Order and Final Order Pursuant to Bankruptcy Code Sections 105(a), 362(a)(3) and 541 and Bankruptcy Rule 3001 Establishing Notice and Hearing Procedures for Trading in Equity Securities in Debtors (Docket No. 70) (Date Filed: 11/12/14)

Related
Documents:

    a.    Certification of Counsel (Docket No. ) (Date Filed: 12/8/14)

    b.    Revised Form of Order

Objection
Deadline:    December 2, 2014 at 4:00 p.m. (Eastern), extended until December 4, 2014 at 4:00 p.m. (Eastern) for the Official Committee of Unsecured Creditors and the Office of the United States Trustee

Objections/
Responses
Filed:

    a.    Informal Response of the Official Committee of Unsecured Creditors

**Status:** **The Court has informed the Debtors that it will enter the order granting the relief requested.**

11. Debtors' Application for Order Pursuant to 11 U.S.C. §§ 327(a) and 329, Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing Employment and Retention of Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates as Bankruptcy Counsel *Nunc Pro Tunc* to the Petition Date (Docket No. 72) (Date Filed: 11/12/14)

    Related Documents:

    a. Certification of Counsel (Docket No. 144) (Date Filed: 12/8/14)

    b. Revised Form of Order

    Objection Deadline: December 2, 2014 at 4:00 p.m. (Eastern), extended until December 4, 2014 for the Official Committee of Unsecured Creditors and the Office of the United States Trustee

    Objections/ Responses Filed:

    a. Informal Response of the Office of the United States Trustee

    **Status:** **The Court has informed the Debtors that it will enter the order granting the relief requested.**

12. Debtors' Application for Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014(a) and 2016 and Del. Bankr. L.R. 2014-1 and 2016-2(h) (I) Authorizing Employment and Retention of Lazard Frères & Co. LLC as Investment Banker to the Debtors *Nunc Pro Tunc* to the Petition Date and (II) Modifying Certain Information Requirements of Del. Bankr. L.R. 2016-2 (Docket No. 73) (Date Filed: 11/12/14)

    Related Document:

    a. Declaration of Brandon Aebersold in Support of Debtors' Application (Docket No. 129) (Date Filed: 12/3/14)

    b. Notice of Filing of Proposed Form of Order (Docket No. 137) (Date Filed: 12/5/14)

    c. Certification of Counsel (Docket No. 145) (Date Filed: 12/8/14)

    d. Revised Form of Order

|     | Objection Deadline: | December 2, 2014 at 4:00 p.m. (Eastern), extended until December 4, 2014 at 4:00 p.m. (Eastern) for the Office of the United States Trustee and until December 5, 2014 at 12:00 p.m. (Eastern) for the Official Committee of Unsecured Creditors and the Unaffiliated Noteholders |

Objections/
Responses
Filed:

   a.   Informal Response of the Office of the United States Trustee

   b.   Informal Response of the Official Committee of Unsecured Creditors

   c.   Informal Response of the Unaffiliated Noteholders

   **Status:**   **The Court has informed the Debtors that it will enter the order granting the relief requested.**

13. Application of the Debtors to Employ and Retain AlixPartners, LLP as Their Restructuring Advisor Pursuant to 11 U.S.C. § 327(a), *Nunc Pro Tunc* to the Petition Date (Docket No. 74) (Date Filed: 11/12/14)

   Related
   Document:

   a.   First Supplemental Declaration of Alan D. Holtz on Behalf of AlixPartners, LLP in Support of Application of Debtors (Docket No. 130) (Date Filed: 12/3/14)

   b.   Certification of Counsel (Docket No. 146) (Date Filed: 12/8/14)

   c.   Revised Form of Order

   Objection
   Deadline:   December 2, 2014 at 4:00 p.m. (Eastern), extended until December 4, 2014 at 4:00 p.m. (Eastern) for the Official Committee of Unsecured Creditors and the Office of the United States Trustee

   Objections/
   Responses
   Filed:

   a.   Informal Response of the Office of the United States Trustee

   b.   Informal Response of the Official Committee of Unsecured Creditors

    **Status:**     **The Court has informed the Debtors that it will enter the order granting the relief requested.**

14.     Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date (Docket No. 75) (Date Filed: 11/12/14)

    Related Documents:

    a.     Certificate of No Objection (Docket No. 147) (Date Filed: 12/8/14)

    b.     Proposed Form of Order

    Objection Deadline:     December 2, 2014 at 4:00 p.m. (Eastern), extended until December 4, 2014 for the Official Committee of Unsecured Creditors and the Office of the United States Trustee

    Objections/ Responses Filed:     None.

    **Status:**     **The Court has informed the Debtors that it will enter the order granting the relief requested.**

15.     Debtors' Motion for Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Interim Compensation Procedures (Docket No. 76) (Date Filed: 11/12/14)

    Related Documents:

    a.     Certification of Counsel (Docket No. 148) (Date Filed: 12/8/14)

    b.     Revised Form of Order

    Objection Deadline:     December 2, 2014 at 4:00 p.m. (Eastern), extended until December 4, 2014 at 4:00 p.m. (Eastern) for the Official Committee of Unsecured Creditors and the Office of the United States Trustee

    Objections/ Responses Filed:

    a.     Informal Response of the Office of the United States Trustee

  b.  Informal Response of the Official Committee of Unsecured Creditors

**Status:**  **The Court has informed the Debtors that it will enter the order granting the relief requested.**

Dated: Wilmington, Delaware
December 9, 2014

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        */s/ Sarah E. Pierce*
        Anthony W. Clark (I.D. No. 2051)
        Sarah E. Pierce (I.D. No. 4648)
        One Rodney Square
        P.O. Box 636
        Wilmington, Delaware 19899-0636
        Telephone: (302) 651-3000
        Fax: (302) 651-3001

        - and -

        Kenneth S. Ziman
        Raquelle L. Kaye
        Four Times Square
        New York, New York 10036-6522
        Telephone: (212) 735-3000
        Fax: (212) 735-2000

        - and -

        Felicia Gerber Perlman
        155 N. Wacker Drive
        Chicago, Illinois 60606-1720
        Telephone: (312) 407-0700
        Fax: (312) 407-0411

        Proposed Counsel for Debtors and Debtors in Possession