IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
:
DENDREON CORPORATION, et al., : Case No. 14-12515 (PJW)
:
Debtors.[1] : Jointly Administered
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   Related Docket Nos. 20, 64, 174

### NOTICE OF FILING OF AMENDED PROPOSED ORDER (A) AUTHORIZING THE DEBTORS TO ASSUME PLAN SUPPORT AGREEMENTS AND (B) GRANTING RELATED RELIEF

PLEASE TAKE NOTICE that on November 10, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the Debtors' Motion for Entry of an Order (a) Authorizing the Debtors to Assume Plan Support Agreements and (b) Granting Related Relief (Docket No. 20) (the "Motion").

PLEASE TAKE FURTHER NOTICE that today, the Debtors have filed an amended proposed Order (A) Authorizing the Debtors to Assume the Plan Support Agreements and (B) Granting Related Relief, a true and correct copy of which is attached hereto as Exhibit 1. For the Court's convenience, a redline showing changes to the proposed Order filed with the Motion is annexed as Exhibit 2.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 1301 2nd Avenue, Seattle, Washington 98101.

Dated: Wilmington, Delaware
December 15, 2014

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Sarah E. Pierce*
Anthony W. Clark (I.D. No. 2051)
Sarah E. Pierce (I.D. No. 4648)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Kenneth S. Ziman
Raquelle L. Kaye
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

- and -

Felicia Gerber Perlman
155 N. Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

Proposed Counsel for Debtors and Debtors in Possession