IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                :

In re:                           :     Chapter 11

                :

DENDREON CORPORATION, et al.,    :     Case No. 14-12515 (PJW)

                :

        Debtors.[1]      :     Jointly Administered

                :

                :     **Related Docket No. 17, 62, 124, 188, 195**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      1.     On November 10, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), each filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

      2.     On November 10, 2014, the Debtors filed a motion (the "Sale and Bidding Procedures Motion"), pursuant to sections 105, 363, 365 and 503 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006 and 9014 seeking entry of an order (the "Bidding Procedures Order")[2] (i) approving the proposed auction and bidding procedures (the "Bidding Procedures") for the potential sale of all or substantially all of the Debtors' non-cash assets (the "Acquired Assets"); (ii) establishing procedures for the Debtors to enter into a stalking horse agreement (a "Stalking Horse Agreement") containing bid protections with respect to any stalking horse bidder (a "Stalking Horse Bidder"); (iii) establishing procedures for the assumption and assignment of executory contracts and unexpired leases, including notice of proposed cure amounts (the "Assumption and Assignment Procedures"); (iv) approving the form and manner of notice of all procedures, protections, schedules, and agreements; and (v) scheduling a hearing (the "Sale Hearing") to approve such sale (the "Sale Transaction") [Docket No. 17].

      3.     On December 17, 2014, the Bankruptcy Court entered the Bidding Procedures Order [Docket No. 195].  Pursuant to the Bidding Procedures Order, if two or more

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 1301 2nd Avenue, Seattle, Washington 98101.

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Sale and Bidding Procedures Motion or the Bidding Procedures Order.

Qualified Bids are received in accordance with the Bidding Procedures, or in the event the Debtors enter into a Stalking Horse Agreement, and one Qualified Bid other than that submitted by the Stalking Horse Bidder is received, the Debtors will conduct an auction (the "Auction") to determine the highest or otherwise best Qualified Bid, beginning on February 3, 2015 at 10:00 a.m. (prevailing Eastern Time) at the offices of Skadden, Arps, Slate, Meagher & Flom, 4 Times Square, New York, NY 10036, or such other place and time as the Debtors shall notify all Qualified Bidders that have submitted Qualified Bids (including the Stalking Horse Bidder, if any), the Supporting Noteholders and their counsel and any official committee appointed in the Debtors' chapter 11 cases and its counsel. Only parties that have submitted a Qualified Bid, as set forth in the Bidding Procedures Order, by no later than January 27, 2015 at 5:00 p.m. (prevailing Eastern Time) or such earlier date as may be agreed to by each of the Debtors and the Consultation Parties (the "Bid Deadline") may participate at the Auction.  Any party that wishes to take part in this process and submit a bid for the Debtors' assets must submit their competing bid prior to the Bid Deadline and in accordance with the Bidding Procedures. If two or more Qualified Bids are not received by the Bid Deadline, or in the event the Debtors enter into a Stalking Horse Agreement, if one Qualified Bid other than that submitted by the Stalking Horse Bidder is not received by the Bid Deadline, the Debtors may not conduct the Auction. As soon as possible after the Bid Deadline, the Debtors will file, but not serve, a notice indicating whether the Auction will be held.

4.     A hearing to approve the Sale Transaction (the "Sale Hearing"), if needed, will be held at 9:30 a.m. (prevailing Eastern Time) on February 5, 2015, unless otherwise continued by the Debtors pursuant to terms of the Bidding Procedures.  The Sale Hearing will be held in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.  The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

5.     Objections, if any, to the sale, must: (a) be in writing; (b) comply with the Bankruptcy Rules and Local Bankruptcy Rules; and (c) be filed with the clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 North Market Street, Wilmington, Delaware 19801, on or before 10:00 a.m. (prevailing Eastern Time) on January 27, 2015; and be served upon: (1) the Debtors, care of Dendreon Corporation, 200 Crossing Boulevard, Bridgewater, New Jersey 08807, Attention: Robert L. Crotty (rcrotty@dendreon.com); (2) counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036, Attention: Ken Ziman, Esq. (ken.ziman@skadden.com), and Graham Robinson, Esq. (graham.robinson@skadden.com); Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Drive, Chicago, IL, 60606, Attention:   Felicia Perlman, Esq. (felicia.perlman@skadden.com); and Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801, Attention: Sarah E. Pierce (sarah.pierce@skadden.com); (3) financial advisor to the Debtors, Lazard Frères & Co. LLC, 30 Rockefeller Plaza, New York, NY 10020, Attention:  Sven Pfeiffer (sven.pfeiffer@lazard.com) and Brandon Aebersold (brandon.aebersold@lazard.com); (4) counsel to the Unaffiliated Noteholders, Brown Rudnick LLP, One Financial Center, Boston, Massachusetts 02111, Attention: Steven D. Pohl, Esq. (spohl@brownrudnick.com); (5) counsel to the Deerfield Noteholders, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019, Attention: John C. Longmire, Esq. (jlongmire@willkie.com) and (6) proposed counsel to the Committee, Sullivan & Cromwell,

LLP, Attention Michael H. Torkin (torkinm@sullcrom.com) and Krishna Veeraraghavan (Veeraraghavank@sullcrom.com) and Young Conaway & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, Delaware 19801, Attention: Pauline K. Morgan (pmorgan@ycst.com). UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AND THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER HEARING AND NOTICE.

6.     This Notice and the Sale Hearing is subject to the fuller terms and conditions of the Sale and Bidding Procedures Motion and the Bidding Procedures Order, which shall control in the event of any conflict, and the Debtors encourage parties-in-interest to review such documents in their entirety.  Parties interested in receiving more information regarding the sale of all or substantially all of the Debtors' non-cash assets and/or copies of any related document, including the Sale and Bidding Procedures Motion, or the Bidding Procedures Order, may make a written request to counsel for the Debtors, (Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036, Attention: Ken Ziman, Esq. and 155 North Wacker Drive, Chicago, Illinois 60606, Attention: Felicia Gerber Perlman, Esq.).  In addition, copies of the Sale and Bidding Procedures Motion, the Bidding Procedures Order and this Notice can be found (i) at https://cases.primeclerk.com/dendreon; and (ii) through PACER on the Court's website, https://ecf.deb.uscourts.gov (registration required), and are on file with the Clerk of the Bankruptcy Court, Third Floor, 824 Market Street, Wilmington, Delaware 19801.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: Wilmington, Delaware
       December 17, 2014

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Sarah E. Pierce*
Anthony W. Clark (I.D. No. 2051)
Sarah E. Pierce (I.D. No. 4648)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Kenneth S. Ziman
Raquelle L. Kaye
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

- and -

Felicia Gerber Perlman
155 N. Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

Counsel for Debtors and Debtors in Possession

4

1127955-NYCSR03A - MSW