IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
:
DENDREON CORPORATION, et al., : Case No. 14-12515 (PJW)
:
Debtors.[1] : Jointly Administered
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   **Related Docket Nos. 20, 64, 167, 173, 174, 179**

**CERTIFICATION OF COUNSEL IN SUPPORT OF
ORDER (A) AUTHORIZING THE DEBTORS TO ASSUME
PLAN SUPPORT AGREEMENTS AND (B) GRANTING RELATED RELIEF**

The undersigned counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

On December 17, 2014, this Court held a hearing (the "Hearing") to consider the Motion for Entry of an Order (a) Authorizing the Debtors to Assume Plan Support Agreements and (b) Granting Related Relief (Docket No. 20) (the "Motion").

As discussed on the record at the Hearing, the Debtors hereby submit a revised form of order (the "Revised PSA Order") granting the Motion.[2]

Prior to submitting this Certification of Counsel, counsel to the Supporting Noteholders and counsel to the Creditors' Committee reviewed the amended language of the Revised PSA Order and advised counsel for the Debtors that they have no objection to entry thereof. The Office of the United States Trustee has advised the Debtors that it disagrees with

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 1301 2nd Avenue, Seattle, Washington 98101.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Revised PSA Order

certain of the proposed language included in paragraph 8 of the Revised PSA Order and therefore, it may submit its own proposed form of order.[3]

A copy of the Revised PSA Order is annexed hereto as <u>Exhibit A</u>. For the Court's convenience, a redline showing changes to the version of the order reviewed by the Court during the Hearing is annexed as <u>Exhibit B</u>.

Dated: Wilmington, Delaware
December 23, 2014

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        /s/ Sarah E. Pierce
        Anthony W. Clark (I.D. No. 2051)
        Sarah E. Pierce (I.D. No. 4648)
        One Rodney Square
        P.O. Box 636
        Wilmington, Delaware 19899-0636
        Telephone: (302) 651-3000
        Fax: (302) 651-3001

        - and -

        Kenneth S. Ziman
        Raquelle L. Kaye
        Four Times Square
        New York, New York 10036-6522
        Telephone: (212) 735-3000
        Fax: (212) 735-2000

        - and -

        Felicia Gerber Perlman
        155 N. Wacker Drive
        Chicago, Illinois 60606-1720
        Telephone: (312) 407-0700
        Fax: (312) 407-0411

        Counsel for Debtors and Debtors in Possession

---

[3] The Office of the United States Trustee has proposed the following language for the entirety of paragraph 8 of the Revised PSA Order: "To the extent the United States Trustee or any party in interest has a right to seek disgorgement of any fees paid hereunder, this Order will not impair any such right."