IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED / FILED
JAN 0  2015
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------x
In re:                                    :   Chapter 11
                                          :
DENDREON CORPORATION, et al.,             :   Case No. 14-12515 (~~PJW~~)
                                          :
        Debtors.[7]                       :   Jointly Administered
                                          :
                                          :
------------------------------------------x

## NOTICE OF INTENT TO SELL, TRADE OR OTHERWISE TRANSFER AN EQUITY INTEREST

PLEASE TAKE NOTICE THAT the undersigned party hereby provides notice of its intention to sell, trade, or otherwise transfer one or more shares of Dendreon Stock (as defined herein and in the Interim Order Pursuant to Bankruptcy Code Sections 105(a), 362(a)(3), And 541 And Bankruptcy Rule 3001 Establishing Notification and Hearing Procedures for Trading in Equity Securities of the Debtors (the "Interim Order")) of Dendreon Corporation ("Dendreon") or an Option with respect thereto (as defined herein and in the Interim Order) (the "Proposed Transfer").

PLEASE TAKE FURTHER NOTICE THAT, if applicable, on [Prior Date(s)], the undersigned party filed a Notice of Status as a Substantial Shareholder[8] with the United

---

[7] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 1301 2nd Avenue, Seattle, Washington 98101.

[8] For purposes of this Notice, (A) a "Substantial Shareholder" is any person or entity (as defined in Treasury Regulations Section 1.382-3(a)) which beneficially owns at least 4.5% of all issued and outstanding shares (equal to, as of September 30, 2014, approximately 7,148,678 shares) of the common stock of Dendreon ("Dendreon Stock"), and (B) "Beneficial Ownership" (or any variation thereof of Dendreon Stock and Options to acquire Dendreon Stock) shall be determined in accordance with applicable rules under Section 382, Treasury Regulations promulgated thereunder and rulings issued by the Internal Revenue Service, and thus, to

*(cont'd)*

States Bankruptcy Court for the District of Delaware (the "Court") and served copies thereof on Debtors' counsel.

PLEASE TAKE FURTHER NOTICE THAT the undersigned party currently beneficially owns [ ] shares of Dendreon Stock (including any Options with respect to any Dendreon Stock).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Proposed Transfer, the undersigned party proposes to sell, trade, or otherwise transfer [ ] shares of Dendreon Stock or an Option with respect to [ ] shares of Dendreon Stock. If the Proposed Transfer is permitted to occur, the undersigned party will beneficially own [ ] shares of Dendreon Stock after the transfer.

PLEASE TAKE FURTHER NOTICE THAT the last four digits of the taxpayer identification or social security number of the undersigned party are [ ].

PLEASE TAKE FURTHER NOTICE THAT, under penalty of perjury, the undersigned party hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments which purport to be part of this Notice are true, correct, and complete.

---

*(cont'd from previous page)*
the extent provided therein, from time to time shall include, without limitation, (i) direct and indirect ownership (e.g., a holding company would be considered to beneficially own all shares owned or acquired by its subsidiaries), (ii) ownership by the holder's family members and persons acting in concert with the holder to make a coordinated acquisition of stock, and (iii) ownership of an Option to acquire Dendreon Stock, but only to the extent such Option is treated as exercised under Treasury Regulation section 1.382-4(d). An "Option" to acquire stock includes any contingent purchase, warrant, convertible debt, put, stock subject to risk of forfeiture, contract to acquire stock, or similar interest, regardless of whether it is contingent or otherwise not currently exercisable. For the avoidance of doubt, under Treasury Regulation section 1.382-4(d), any of the 2.875% Convertible Senior Notes due 2016 will be treated as exercised only if any such 2.875% Convertible Senior Notes due 2016 are transferred, or arrangements are put in place, and a principal purpose of such transfer or arrangements is to avoid or ameliorate the impact of an "ownership change" of Dendreon as contemplated by Treasury Regulation section 1.382-4(d).

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Order, this Notice is being (a) filed with the Court and (b) served upon (i) counsel to the Debtors, Skadden Arps Slate Meagher & Flom LLP, Four Times Square, New York, NY 10036 (Attention: Kenneth S. Ziman) and 155 North Wacker Drive, Chicago, Illinois 60606 (Attention: Felicia Gerber Perlman) and One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801 (Attention: Sarah E. Pierce), (ii) counsel to the Unaffiliated Noteholders, Brown Rudnick LLP, One Financial Center, Boston, Massachusetts 02111 (Attention: Steven D. Pohl), and (iii) counsel to the Deerfield Noteholders, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019 (Attention: John C. Longmire).

PLEASE TAKE FURTHER NOTICE THAT the Debtors have 30 calendar days after receipt of this Notice to object to the Proposed Transfer described herein. If the Debtors file an objection, such Proposed Transfer will not be effective unless approved by a final and non-appealable order of the Court. If the Debtors do not object within such 30-day period, then after expiration of such period the Proposed Transfer may proceed solely as set forth in the Notice.

PLEASE TAKE FURTHER NOTICE THAT any further transactions contemplated by the undersigned party that may result in the undersigned party selling, trading or otherwise transferring shares of Dendreon Stock (or an Option with respect thereto) will each require an additional notice filed with the Court to be served in the same manner as this Notice.

Respectfully Submitted,

__PUI-HING PANG__
(Name of Shareholder)

By: PU-HING PANG
Name: PUI-HING PANG
Title: MS
Address: 430 W 34TH ST
APT 12K
NEW YORK NY 10001
Telephone: 646-473-0929
Facsimile:
Date: 12/30/2014