IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- x
: 
In re: : Chapter 11
:
DENDREON CORPORATION, et al., : Case No. 14-12515 (___)
:
Debtors.[1] : Jointly Administered
:
: Related Docket No. 6, 50, 66, 139, 160, 234
------------------------------------- x

**ORDER FURTHER EXTENDING THE INTERIM PERIOD FOR WAIVER OF REQUIREMENTS PURSUANT TO 11 U.S.C. § 345 WITH RESPECT TO DEBTORS' BANK ACCOUNTS**

Upon the motion (the "Motion")[2] of the Debtors for a final order (the "Final Cash Management Order"), pursuant to sections 105(a), 345 and 363 of the Bankruptcy Code, Bankruptcy Rules 6003 and 6004, and Local Bankruptcy Rules 2015-2 and 4001-3, (i) authorizing, but not directing (a) the continued use of the Debtors' existing cash management system, bank accounts, business forms, and deposit and investment practices under the cash management system; (b) payment of related prepetition obligations; and (c) to the extent inconsistent with such practices, a waiver of investment and deposit requirements of Bankruptcy Code section 345(b) and the U.S. Trustee Guidelines; and (ii) authorizing the Debtors to continue engaging in intercompany transactions in the ordinary course of business; and upon the Final Cash Management Order; and the Final Cash Management Order having provided that the requirements of section 345 of the Bankruptcy Code shall be waived with respect to the Bank

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 1301 2nd Avenue, Seattle, Washington 98101.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or the First Day Declaration.

Accounts and any other accounts of the Debtors with the banks for an interim period of thirty (30) days, without prejudice to the Debtors' rights to seek a further waiver; and such interim period being set to expire on January 8, 2015; and the Debtors having contacted the Office of the United States Trustee (the "U.S. Trustee") for consent to a further extension of the interim period for the waiver of the requirements of section 345 of the Bankruptcy Code with respect to the Debtors' Bank Accounts; and the U.S. Trustee having consented to such extension for a period of sixty (60) days; and it appearing that the relief requested is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and after due deliberation thereon and good and sufficient cause appearing therefor, it is hereby,

**ORDERED, ADJUDGED AND DECREED that:**

1. The requirements of section 345 of the Bankruptcy Code shall be waived with respect to the Bank Accounts and any other accounts of the Debtors with the banks for an interim period of sixty (60) days, without prejudice to the Debtors' rights to seek a further waiver.

2. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       Jan 7, 2015

UNITED STATES BANKRUPTCY JUDGE