IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
In re:                         :   Chapter 11
                               :
DENDREON CORPORATION, et al.,  :   Case No. 14-12515 (LSS)
                               :
        Debtors.[1]            :   Jointly Administered
                               :
                               :   Related Docket No.: 274, 344
------------------------------x

## ORDER PURSUANT TO BANKRUPTCY CODE SECTION 105(a) AND BANKRUPTCY RULE 9006(b) EXTENDING TIME PERIOD WITHIN WHICH DEBTORS MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND BANKRUPTCY RULE 9027

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for an order, pursuant to Bankruptcy Code section 105(a) and Bankruptcy Rule 9006(b), extending the time period within which the Debtors may remove pending proceedings pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027; and due and sufficient notice of the Motion having been given under the particular circumstances and it appearing that no other or further notice need be given; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 1301 2nd Avenue, Seattle, Washington 98101.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

## ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is granted.

2. The period during which the Debtors may file a notice of removal with respect to the Actions is extended until the later of (i) Thursday, July 9, 2015, for Actions that have not been stayed pursuant to Bankruptcy Code section 362(a), or (ii) 30 days after entry of an order terminating the automatic stay with respect to any particular Action sought to be removed.

3. The extension granted by this Order is without prejudice to the Debtors' rights to seek further extensions of time to remove the Actions upon application to this Court.

4. Nothing in this Order shall be construed as modifying or terminating any stay applicable to any act, action, or proceeding pursuant to Bankruptcy Code section 362, or any order entered by this Court pursuant to Bankruptcy Code section 105.

5. This Court shall retain jurisdiction to hear and determine all matters arising from, or related to, the interpretation, implementation, or enforcement of this Order.

Dated: Wilmington, Delaware
February 4, 2015

Honorable Laurie Selber Silverstein
UNITED STATES BANKRUPTCY JUDGE

1151421-NYCSR03A - MSW