IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :

In re:                                  :    Chapter 11

                                          :

DENDREON CORPORATION, et al.,   :    Case No. 14-12515 (LSS)

                                          :

              Debtors.[1]       :    Jointly Administered

                                          :

                                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   **Related Docket Nos. 330, 355, 380**

**NOTICE OF FILING OF SECOND AMENDED ACQUISITION AGREEMENT AND
PROPOSED SALE ORDERS**

PLEASE TAKE NOTICE that on January 29, 2015, the above-captioned debtors

and debtors in possession (collectively, the "Debtors") filed the Acquisition Agreement among

the Debtors and Valeant Pharmaceuticals International, Inc. ("Valeant"), dated as of January 29,

2015 as Exhibit B to the Debtor' Emergency Motion for Order (A) Approving Stalking Horse

Bidder and Authorizing Bid Protections in Connection with the Sale of Substantially All of the

Debtors' Assets, (B) Rescheduling the Hearing to Approve Such Sale and (C) Granting Related

Relief (the "Stalking Horse Motion") [Docket No. 330]. On February 5, 2015, the Court entered

an order approving the Stalking Horse Motion (the "Stalking Horse Order") [Docket No. 355].

Attached to the Stalking Horse Order as Exhibit A was the Amended and Restated Acquisition

Agreement among the Debtors and Valeant, dated as of February 4, 2015 (the "Stalking Horse

Acquisition Agreement") [Docket No. 355-1]. On February 12, 2015, the Debtors filed the

Notice of Filing of Proposed Order Pursuant to Bankruptcy Code Sections 105(a), 363, 365, 503

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 1301 2nd Avenue, Seattle, Washington 98101.

and Bankruptcy Rules 2002, 6004, 6006 (I) Approving the Sale of the Debtors' Assets Free and

Clear of All Liens, Claims, Encumbrances and Interests; (II) Authorizing the Assumption and

Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Certain

Related Relief (the "Proposed Stalking Horse Sale Order") [Docket No. 380].

PLEASE TAKE FURTHER NOTICE that the Debtors and Valeant have entered

into the Second Amended and Restated Acquisition Agreement among the Debtors and Valeant

and Drone Acquisition Sub Inc., dated as of February 19, 2015 (the "Second Amended

Acquisition Agreement"), a copy of which is attached hereto as Exhibit 1.  A redline reflecting

changes against the Stalking Horse Acquisition Agreement is included as Exhibit 2.  As set forth

in Exhibit 2 more fully, the principal changes between the Stalking Horse Agreement and the

Second Amended Acquisition Agreement are as follows:[2]

|  | Stalking Horse Acquisition Agreement | Second Amended Acquisition Agreement |
| --- | --- | --- |
| Purchase Price | $400 million in cash at Closing. | $49.5 million in Valeant Shares (to be delivered on the effective date of the Debtors' plan), plus $445.5 million in cash at Closing. |
| Acquired Assets | Substantially all of the Debtors' non-cash assets. | Substantially all of the Debtors' non-cash assets, plus the Debtors' assets related to their enteric coated D-3263 hydrochrolide product candidate and $80 million of cash and cash equivalents of the Debtors. |
| Termination Rights | Usual and customary. | Usual and customary, plus (i) if the Second Amended Acquisition Agreement Proposed Sale Order is not entered on or before February 20, 2015 or (ii) if the Bankruptcy |

---

[2]     The following chart is qualified in its entirety by reference to the Stalking Horse Acquisition Agreement and the Second Amended Acquisition Agreement.  In the event of any inconsistencies, the terms of the Stalking Horse Acquisition Agreement and the Second Amended Acquisition Agreement shall govern. Capitalized terms not otherwise defined shall have the meanings ascribed thereto in the Stalking Horse Acquisition Agreement and the Second Amended Acquisition Agreement.

| | | |
|---|---|---|
| | | Court advises the parties during the hearing that it will not enter the order on February 20, 2014. |
| "G Reorganization" | | Parties agree to treat transaction as of "G reorganization" pursuant to Sections 368 and 354 of the Internal Revenue Code of 1986, as amended (the "IRC"), which essentially provides Purchaser access to the Debtors' tax attributes subject to certain limitations set forth in the IRC and related regulations. |

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file a Proposed Order Pursuant to Bankruptcy Code Sections 105(a), 363, 365, 503 and Bankruptcy Rules 2002, 6004, 6006 (I) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Certain Related Relief, relating to the Second Amended Acquisition Agreement (the "Second Amended Acquisition Agreement Proposed Sale Order"), a copy of which is attached hereto as Exhibit 3.  A redline reflecting changes against the Proposed Stalking Horse Sale Order is included as Exhibit 4.

PLEASE TAKE FURTHER NOTICE that the Sale Hearing at which the Debtors will seek approval of the Sale of the Acquired Assets pursuant to the Second Amended Acquisition Agreement and entry of the Second Amended Acquisition Agreement Proposed Sale Order shall be held on **February 20, 2015 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE that pursuant to the Second Amended Acquisition Agreement, in the event the Court does not approve the Second Amended Acquisition Agreement, the Debtors will seek the Court's approval of the Stalking Horse Acquisition Agreement at the hearing on February 20, 2015 at 10:00 a.m. pursuant to the**

**revised Proposed Stalking Horse Sale Order as amended and filed hereto as <u>Exhibit 5</u>.  A**

**redline reflecting changes against the Proposed Stalking Horse Sale Order is included as**

**<u>Exhibit 6</u>.**

Dated:  Wilmington, Delaware
         February 18, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Sarah E. Pierce*
Anthony W. Clark (I.D. No. 2051)
Sarah E. Pierce (I.D. No. 4648)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Kenneth S. Ziman
Raquelle L. Kaye
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

- and -

Felicia Gerber Perlman
155 N. Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

Counsel for Debtors and Debtors in Possession