## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DENDREON CORPORATION, et al., | Case No. 14-12515 (LSS) |
| Debtors[1]. | Jointly Administered |

### SECOND MONTHLY APPLICATION OF LAZARD FRÈRES AND CO. LLC, AS INVESTMENT BANKER TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2015 THROUGH JANUARY 31, 2015

| | |
|---|---|
| Name of Applicant: | **Lazard Frères & Co. LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **December 9, 2014 *nunc pro tunc* November 10, 2014** |
| Period for which compensation and/or reimbursement is sought: | **January 1, 2015 through January 31, 2015** |
| Amount of Compensation sought as actual, reasonable, and necessary: | $150,000.00[2] |
| Amount of Expenses sought as actual, reasonable, and necessary | $3,500.57 |
| Amounts Paid to Date: | $0.00 |
| Net Amount of Compensation Requested: | **$153,500.57** |

This is a:  _X_ monthly  ___ interim  ___ final application

The total time expended for fee application preparation was approximately 1.5 hours.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 1301 2nd Avenue, Seattle, Washington 98101.

[2] Lazard's retention was approved pursuant to the terms set forth in the Engagement Letter dated April 13, 2013 (the "Engagement Letter").

Summary of Monthly Fee and Expense Invoices for the Compensation Period:

| Date Filed | Period Covered | Requested | | Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 1/30/15 | 11/10/14-12/31/14 | $255,000.0 | $0.00 | $204,000.00 | N/A |
| Current | 01/01/15-01/31/15 | $150,000.0 | $3,500.57 | N/A | N/A |

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

## LAZARD PROFESSIONALS

| Name of Professional Individual | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Brandon Aebersold | Managing Director | n/a | 43.9 | n/a |
| Sven Pfeiffer | Director | n/a | 45.6 | n/a |
| Daun Chung | Vice President | n/a | 52.5 | n/a |
| Daniel Bryant | Associate | n/a | 163.3 | n/a |
| Laura Lukehart | Associate | n/a | 51.0 | n/a |
| Jean-Paul Orillac | Associate | n/a | 62.0 | n/a |
| Zachary Dean | Financial Analyst | n/a | 27.3 | n/a |
| Kristine Erwin | Financial Analyst | n/a | 39.0 | n/a |
| **TOTALS** | | | **484.5** | **$150,000.00** |

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Interface with Professionals, Official Committees, and Other Parties-In-Interest | 68.5 | n/a |
| Business Operations Planning, Monitoring, Reporting and Analysis | 11.0 | n/a |
| Preparation and/or review of Court Filings | 1.5 | n/a |
| Court Testimony/Deposition and Preparation | .5 | n/a |
| Valuation Analysis | 0.0 | n/a |
| Capital Structure Review and Analysis | 0.0 | n/a |
| Merger & Acquisition Activity | 390.5 | n/a |
| General Corporate Finance, Research and Analysis, and Other Due Diligence | 3.3 | n/a |
| Fee Application, Engagement | 9.3 | n/a |
| Employee Retention Program | 0.0 | n/a |
| **TOTAL** | **484.5** | **$150,000.00** |

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Car Services and Taxis | | $1,870.56 |
| Electronic Information Service | | 250.00 |
| Employee Meals | | 146.04 |
| Meals-Meetings/Travel | | 17.55 |
| Photocopying Costs | | 692.82 |
| Travel | | 523.60 |
| **Total Expenses** | | **$3,500.57** |

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DENDREON CORPORATION, et al.,<br><br>Debtors[3]. | Chapter 11<br><br>Case No. 14-12515 (LSS)<br><br>Jointly Administered |

**SECOND MONTHLY APPLICATION OF LAZARD FRÈRES AND CO. LLC, AS
INVESTMENT BANKER TO THE DEBTORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JANUARY 1, 2015 THROUGH JANUARY 31, 2015**

TO THE HONORABLE LAURIE SELBER SILVERSTEIN,
UNITED STATES BANKRUPTCY JUDGE:

Lazard Frères and Co. LLC ("Lazard Frères"), Investment Banker to Dendreon
Corporation ("Dendreon"), hereby submits its Second Monthly Fee Application (the
"Application") pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the
"Bankruptcy Code") and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure
(the "Bankruptcy Rules") and 2014-1 and 2016-2(h) of the Local Rules of Bankruptcy Practice
and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local
Rules") for an allowance of compensation for professional services rendered and for
reimbursement of actual and necessary expenses incurred in connection with such services from
January 1, 2015 through and including January 31, 2015 (the "Compensation Period") as set
forth in its engagement letter (the "Engagement Letter"), attached hereto as **Exhibit B**. Pursuant
to the *Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Interim Compensation
Procedures* (the "Compensation Order") [Docket No. 153], Lazard seeks interim allowance in

---

[3] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:  Dendreon
Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon
Manufacturing, LLC (7123).  The address of the Debtors' corporate headquarters is 1301 2nd Avenue, Seattle,
Washington 98101.

the aggregate amount of $150,000.00 for financial advisory services provided to the Debtors.  In

support of this Application, Lazard respectfully represents as follows:

## BACKGROUND

1.    On November 10, 2014 (the "Petition Date"), the Debtors filed voluntary

petitions for relief under chapter 11 of the Bankruptcy Code.

2.    On December 9, 2014, the United States Bankruptcy Court for the District of

Delaware entered the order authorizing the retention and employment of Lazard Frères and Co.

LLC as investment banker to the Debtors *nunc pro tunc* to the petition date (the "Retention

Order"), attached hereto as **Exhibit C.**

## COMPENSATION REQUEST

3.    Lazard seeks allowance of compensation for professional services rendered to

the Debtors during the Compensation Period in the aggregate amount of $150,000.00 and for

reimbursement of expenses incurred in connection with the rendition of such services in the

aggregate amount of $3,500.57, for a total award $153,500.57 (the "Total Compensation

Amount").

4.    For the convenience of the Court and all parties in interest, attached hereto as

**Exhibit D** is a summary setting forth the name of each professional for whose work on these

reorganization cases compensation is sought.

## SUMMARY OF SERVICES

5.    The Managing Director, Director, Vice President, Associates and Analysts of

Lazard who rendered professional services during the Application Period in these cases are as

follows: Brandon Aebersold (Managing Director); Sven Pfeiffer (Director); Daun Chung (Vice President); Daniel Bryant (Associate); Laura Lukehart (Associate); Jean-Paul Orillac (Associate); Zachary Dean (Analyst) and Kristine Erwin (Analyst).

6.    During the Compensation Period, the Debtors relied heavily on the experience and expertise of the above-named persons in dealing with matters described in Paragraph 7.   As a result, Lazard's highly skilled restructuring and merger and acquisition professionals devoted significant time and effort to perform properly and expeditiously the required professional services.

7.    A summary of some of the services rendered by Lazard during the Compensation Period are as follows:

a)  *Assistance with General Bankruptcy* – Lazard has participated in weekly, if not daily, planning sessions and other periodic meetings with the Debtor and its legal counsel concerning process and strategy issues related to the bankruptcy.  Lazard has participated in numerous meetings with the Debtor's management and presented materials regarding bankruptcy process and strategic issues.  Lazard professionals also worked with the Debtor to prepare court filings and attended court hearings.

b)  *Meetings and Oversight of Diligence with Creditors* – Lazard prepared, reviewed, advised and assisted in the preparation of presentation materials for the Debtor's creditors (including the Unaffiliated Noteholders and the Official Committee of Unsecured Creditors) and their advisors to keep them informed about the Debtor's operations, financial projections, capital structure and other key events. Lazard engaged in weekly conversations with multiple creditors and their advisors.  In addition, Lazard, in coordination with the Debtor's management and legal and restructuring advisors, conducted in-person and telephonic diligence sessions.

c)  *Financial Analysis and Business Performance* – Lazard professionals assisted the Debtors' management in monitoring the business performance and in preparing various presentations and analyses related to the financial projections and cash flow forecasts.

d) *Sale of Substantially All of the Debtor's Assets:* Lazard advised on the sale of substantially all of the Debtors' assets. Lazard professionals assisted the Debtors in contacting various parties in interest in regards to the sales process. Lazard also prepared marketing materials and facilitated the due diligence process for interested parties by participating on due diligence calls, coordinating and attending in-person meetings with management and facility visits, populating the electronic dataroom, and providing information about the sale process as outlined in the bidding procedures. Lazard professionals worked with the Debtors and other Debtors' advisors to evaluate and negotiate bids received in conjunction with the sale process.

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

## CONCLUSION

8.    It is respectfully submitted that the amount requested by Lazard is fair and reasonable given (a) the complexity of the issues presented, (b) the time and labor required, (c) the skill necessary to perform the financial advisory services, (d) the preclusion of other employment, and (e) the customary fees charged to clients in bankruptcy and non-bankruptcy situations.

WHEREFORE Lazard respectfully requests (i) an interim allowance of compensation for professional services rendered during the Compensation Period in the amount of $153,500.57

| | |
|---|---|
| Total Amount of Compensation Requested: | $153,500.57 |
| Less: Amounts Paid to Date: | ($0.00) |
| Net Amount of Compensation Requested: | $153,500.57 |

Dated:        February 23 2015
              New York, New York

LAZARD FRÈRES & CO. LLC,

Brandon Aebersold
Managing Director
Lazard Frères & Co. LLC
30 Rockefeller Plaza, 61st Floor
New York, NY  10020
(212/632-6000)
Investment Banker to the Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DENDREON CORPORATION, et al.,<br><br>                          Debtors[4]. | Chapter 11<br><br>Case No. 14-12515 (LSS)<br><br>Jointly Administered |

## CERTIFICATION OF BRANDON AEBERSOLD

1.      I am a Managing Director of Lazard Frères & Co. LLC and I make this certification in accordance with Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware (the "Local Rule").

2.      I have read this Second Monthly Application of Lazard Frères & Co. LLC, as Investment Banker to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the period January 1, 2015 through January 31, 2015.

3.      I understand the Local Rules, and believe that the Application complies with provisions of the Local Rule, the United State Bankruptcy Code and the orders of this Court.

Dated: February 23 2015

                                              Brandon Aebersold
                                              Managing Director
                                              Lazard Frères & Co. LLC

---

[4] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 1301 2nd Avenue, Seattle, Washington 98101.