# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | x : | Chapter 11 |
| DENDREON CORPORATION, et al., | : : | Case No. 14-12515 (LSS) |
| Debtors. | : : | Jointly Administered |
|  | x |  |

## NOTICE OF APPEAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE OF A FEBRUARY 20, 2015 ENTRY OF THE U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

Now comes the "Donahue Group" of ad hoc equity shareholders and pursuant to Federal Rule of Bankruptcy Procedure 8002 and Samson Energy Res. Co. v. SemCrude. L.P. (In re SemCrude, L.P.), 728 F.3d 314, 2013 hereby gives notice of its appeal to the United States District Court for the District of Delaware of an Entry of the United States Bankruptcy Court for the District of Delaware, Approving the Sale of the Debtors Assets, February 20, 2015, Docket No. 410.

A motion to stay the sale, docket number 455, was filed with the Bankruptcy Court on March 2, 2015.

Date:  March 6, 2015

Respectfully submitted,

/s/ Kerry M. Donahue
Kerry M. Donahue     (Ohio Bar No. 0061105)
BELLINGER & DONAHUE
6295 Emerald Parkway
Dublin, Ohio 43016
Telephone:  (614) 761-0402

Official Form 17A (12/14)

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1.  Name(s) of appellant(s): "Donahue Group" of ad hoc equity shareholders

2.  Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

    For appeals in an adversary proceeding.
    ☐ Plaintiff
    ☐ Defendant
    ☑ Other (describe) Equity shareholders

    For appeals in a bankruptcy case and not in an adversary proceeding.
    ☐ Debtor
    ☐ Creditor
    ☐ Trustee
    ☑ Other (describe) Equity shareholders

### Part 2:  Identify the subject of this appeal

1.  Describe the judgment, order, or decree appealed from: Order Confirming Sale

2.  State the date on which the judgment, order, or decree was entered: 2-20-15

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1.  Party: Dendreon        Attorney: Kenneth S. Ziman
    Debtor                           Four Times Square
                                     NY, NY 10036-6522
                                     (212) 735-2000  Facsimile

2.  Party: _____   Attorney: _____

Official Form 17A (12/14)

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: _3-6-15_

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Kerry M. Donahue
6295 Emerald Parkway
Dublin, Ohio 43016
614-761-0402 Ext. 2

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

## CERTIFICATE OF SERVICE

I, Kerry M. Donahue, hereby certify that on March 6, 2015, I caused one copy of the foregoing to be served upon the parties listed below via facsimile.

Anthony W. Clark, Esq.
Sarah E. Pierce, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
(302) 651-3001

Kennteh S. Ziman, Esq.
Raquelle L. Kaye, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036-6522
(212) 735-2000

Felicia Gerber Perlman, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL  60606-1720
(312) 407-0411

By e-mail transmission to:

Ronit J. Berkovich
Weil, Gotshal & Manges LLP,
Counsel to Valeant Pharmaceuticals
International, Inc
767 Fifth Avenue, New York, NY
10153
(ronit.berkovich@weil.com)

And by regular U.S. mail to

Judge Laurie Selber Silverstein
824 North Market Street
6th Floor
Wilmington, DE 19801

David Buchbinder, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801-0035
(302) 573-6497

Pauline K. Morgan, Esq.
M. Blake Cleary, Esq.
Sean T. Greecher, Esq.
Maris J. Kandestin, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-1253

Michael H. Torkin, Esq.
Brian D. Glueckstein, Esq.
John J. Jerome, Esq.
Mark U. Schneiderman, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
(212) 558-3588

March 6, 2015
Date

Kerry M. Donahue