IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
:
DENDREON CORPORATION, et al., : Case No. 14-12515 (LSS)
:
Debtors.[1] : Jointly Administered
:
: **Obj. Due: April 6, 2015, at 4:00 p.m. (ET)**
: **Hearing Date: April 14, 2015, at 2:00 p.m. (ET**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF FIRST INTERIM FEE APPLICATION OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD OF NOVEMBER 10, 2014 THROUGH AND INCLUDING JANUARY 31, 2015**

PLEASE TAKE NOTICE that the debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively, the "Debtors") filed the First Interim Fee Application Of Skadden, Arps, Slate, Meagher & Flom LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Debtors For The Period Of November 10, 2014 Through And Including January 31, 2015 (the "Application").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application or the relief requested therein must be made in writing, filed with the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801, and served so as to be received by the following parties no later than **April 6, 2015 at 4:00 p.m. (Eastern)**:

(i) the Debtors, Dendreon Corporation, 601 Union Street, Suite 4900, Seattle, Washington 98101, Attention: Robert L. Crotty;

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 601 Union Street, Suite 4900, Seattle, Washington 98101.

       (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Attention: Kenneth S. Ziman, Esq. (ken.ziman@skadden.com) and 155 North Wacker Drive, Chicago, Illinois 60606, Attention: Felicia Gerber Perlman, Esq. (felicia.perlman@skadden.com) and One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801, Attention: Sarah E. Pierce, Esq. (sarah.pierce@skadden.com);

       (iii) counsel to the Unaffiliated Noteholders, Brown Rudnick LLP, One Financial Center, Boston, Massachusetts 02111, Attention: Steven D. Pohl, Esq. (spohl@brownrudnick.com) and Seven Times Square, New York, NY 10036, Attention: John Storz, Esq. (jstorz@brownrudnick.com);

       (iv) counsel to the Deerfield Noteholders, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019, Attention: John C. Longmire, Esq. (jlongmire@willkie.com);

       (v) the indenture trustee for the Debtor's 2.875% Convertible Senior Notes due 2016, The Bank of New York Mellon Trust Company, N.A., 700 South Flower Street, 5th Floor, Los Angeles, California 90017, Attention: Corporate Unit, Dendreon Corporation and Carter Ledyard & Milburn LLP , 2 Wall Street, New York, NY 10005, Attention: Leonardo Trivigno, Esq. (trivigno@clm.com);

       (vi) counsel to the Official Committee of Unsecured Creditors, Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attention Michael H. Torkin, Esq., (torkinm@sullcrom.com) and Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attention Pauline K. Morgan, Esq. (pmorgan@ycst.com); and

       (vii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attention: David Buchbinder, Esq. (fax: (302) 573-6497).

       PLEASE TAKE FURTHER NOTICE that if an objection is properly filed and served in accordance with the above procedures, a hearing on the Application will be held on **April 14, 2015 at 2:00 p.m.** (Eastern) before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, in the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom 2, 824 North Market Street, Wilmington, Delaware 19801 ("Hearing").  Only objections made in writing and timely filed and received will be considered by the Court at such Hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE RELIEF REQUESTED IN THE APPLICATION MAY BE GRANTED WITHOUT FURTHER NOTICE OR A HEARING.**

Dated:  Wilmington, Delaware
        March 17, 2015

                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                              */s/ Sarah E. Pierce*
Anthony W. Clark (I.D. No. 2051)
Sarah E. Pierce (I.D. No. 4648)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Kenneth S. Ziman
Raquelle L. Kaye
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

- and -

Felicia Gerber Perlman
155 N. Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

Counsel for Debtors and Debtors in Possession