UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 14-12515 LSS    BK ●  AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order Approving The Sale of The Debtors Assets, February 20, 2015

**Docket #:**              **Date Entered:**

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 467 | Date Filed: 3/6/2015 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Record on Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Donahue Group Of Ad Hoc Equity Shareholders

**Appellee/Cross Appellee**

Dendreon Corporation, et al

**Counsel for Appellant/Cross Appellant:**

Kerry M. Donnahue, Esq.
Bellinger & Donahue
6295 Emerald Parkway
Dublin, OH 43016

**Counsel for Appellee/Cross Appellee:**

Anthony W. Clark, Esq.
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
POB 636
Wilmington, DE 19899

| | | |
|---|---|---|
| **Filing fee paid?** | Yes ● | No ○ |
| **IFP application filed by applicant?** | Yes ○ | No ● |
| **Have additional appeals of the same order been filed?** | Yes ○ | No ● |
| **\*If Yes, has District Court assigned a Civil Action Number?** Civil Action Number: | Yes ○ | No ● |
| **Record on Appeal** | Yes ○ | No ● |

*(continued on next page)*

**Notes:** See additional page for continuance of counsel for Appellee: Dendreon Corporation.

*I hereby certify that all designated items are available electronically through CM/ECF.*

Date: 3/24/2015         by: __Judy Fisher_____
                              **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:  15-10

*Debtor*
**Dendreon Corporation**
1301 2nd Avenue
Seattle, WA 98101
KING-WA
Tax ID / EIN: 22-3203193

represented by **Anthony W. Clark**
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
302-651-3000
Fax : 302-651-3001

**Raquelle L. Kaye**
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522
212-735-3000
Fax : 212-735-2000

**Felicia Gerber Perlman**
Skadden,Arps,Slate,Meagher&Floam LLP
155 N. Wacker Dr.
Chicago, IL 60606

|  |  |
|---|---|
|  | 312-407-0700<br>Fax : 312-407-0411<br><br>**Sarah E. Pierce**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>302-651-3127<br>Fax : 302-329-9416<br>Email: sarah.pierce@skadden.com<br><br>**Kenneth S. Ziman**<br>Skadden,Arps,Slate,Meagher&Flom LLP<br>Four Times Square<br>New York, NY 10036<br>212-735-3000<br>Fax : 212-735-2000 |
| *U.S. Trustee*<br>**United States Trustee**<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035<br>302-573-6491 | represented by **David L. Buchbinder**<br>Office of the U.S. Trustee<br>J. Caleb Boggs Federal Building<br>Suite 2207<br>Wilmington, DE 19801<br>302-573-6491<br>Fax : 302-573-6497<br>Email: david.l.buchbinder@usdoj.gov |
| *Claims Agent*<br>**Prime Clerk**<br>www.primeclerk.com<br>830 Third Avenue<br>9th Floor<br>New York, NY 10022<br>212-257-5450 | represented by **Benjamin Joseph Steele**<br>Prime Clerk LLC<br>830 3rd Avenue<br>9th Floor<br>New York, NY 10022<br>212-257-5490<br>Fax : 212-257-5452<br>Email: bsteele@primeclerk.com |
| *Creditor Committee*<br>**OFFICIAL COMMITTEE OF UNSECURED CREDITORS** | represented by **Brian D. Glueckstein**<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Email: gluecksteinb@sullcrom.com<br><br>**Sean T. Greecher** |

Young, Conaway, Stargatt & Taylor
Rodney Square
1000 North King Street
Wilmington, DE 19801
302-571-6600
Email: bankfilings@ycst.com

**David J. Jakus**
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
212-558-4000
Fax : 212-558-3588
Email: jakusd@sullcrom.com

**Maris J. Kandestin**
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
302-571-6600
Email: bankfilings@ycst.com

**Pauline K. Morgan**
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
302 571-6600
Fax : 302-571-1253
Email: bankfilings@ycst.com

**Mark U Schneiderman**
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
212-558-4000
Email: schneidermanm@sullcrom.com

**Michael H. Torkin**
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004-2498
212-558-4000
Fax : 212-558-3588