IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
Dendreon Corporation, et al., : Case No. 14-12515 (LSS)
:
       Debtors.[1] : Jointly Administered
:
: **Response Due: April 22, 2015, at 4:00 p.m. (ET)**
: **Hearing Date: April 29, 2015, at 10:00 a.m. (ET)**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF OBJECTION TO CLAIM

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed the attached Objection of the Debtors to Claim of Christoph Bolling, et al., Under 11 U.S.C. §§ 502 and 510 and Fed. R. Bankr. P. 3007 (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that the above-named Court may reclassify, reduce, subordinate, disallow, or expunge a claim pursuant to the Objection. Therefore, you should read and review carefully the Objection and the proposed order attached to it for your name and any claims that you have filed.

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to alter a claim, you must respond to the Objection timely and in writing. **April 22, 2015, at 4:00 p.m. (Eastern)**, is the deadline for responses to be (i) filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and (ii) served upon and received by the undersigned counsel for the Debtors.

**PLEASE TAKE FURTHER NOTICE** that responses **must**, at a minimum, contain the following:

    (a)    a caption setting forth the name of this Court, the names of the Debtors, the case number, and the title of the objection to which the response is directed;

    (b)    the name of the claimant and a description of the basis for the amount of his or her claim;

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 601 Union Street, Suite 4900, Seattle, Washington 98101.

  (c)  a concise statement specifically setting forth the reasons why the claim should not be disallowed for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases in support of the response;

  (d)  all documentation or other evidence of the claim in question, to the extent not already included with the claimant's proof of claim, upon which the claimant will rely in opposing the Objection;

  (e)  the address or addresses, if different from as presented in the claim, to which the Debtors should return any reply to the response; and

  (f)  the name, address, and telephone number of the person possessing ultimate authority to reconcile, settle, or otherwise resolve the claim.

  **PLEASE TAKE FURTHER NOTICE** THAT IF A RESPONSE IS PROPERLY FILED AND SERVED, A HEARING ON THE OBJECTION WILL BE HELD ON **APRIL 29, 2015, AT 10:00 A.M. (EASTERN**) BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801. ONLY RESPONSES MADE IN WRITING AND TIMELY FILED AND RECEIVED MAY BE CONSIDERED BY THE COURT AT THE HEARING.

  **PLEASE TAKE FURTHER NOTICE** THAT IF YOU ARE A CLAIMANT AND FAIL TO TIMELY FILE AND SERVE A RESPONSE IN ACCORDANCE WITH THE ABOVE PROCEDURES THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

           **[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: Wilmington, Delaware
       March 30, 2015

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

    */s/ Sarah E. Pierce*
    Anthony W. Clark (I.D. No. 2051)
    Sarah E. Pierce (I.D. No. 4648)
    One Rodney Square
    P.O. Box 636
    Wilmington, Delaware 19899-0636
    Telephone: (302) 651-3000
    Fax: (302) 651-3001

    - and -

    Kenneth S. Ziman
    Raquelle L. Kaye
    Four Times Square
    New York, New York 10036-6522
    Telephone: (212) 735-3000
    Fax: (212) 735-2000

    - and -

    Felicia Gerber Perlman
    155 N. Wacker Drive
    Chicago, Illinois 60606-1720
    Telephone: (312) 407-0700
    Fax: (312) 407-0411

    Counsel for Debtors and Debtors in Possession