**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - -- - - - - -  x
:
In re:                                                           :   Chapter 11
                                                                 :
DENDREON CORPORATION, et al.,                                    :   Case No. 14-12515 (LSS)
                                                                 :
                              Debtors. [1]                       :   Jointly Administered
                                                                 :
                                                                 :   **Re: Docket No. 497**
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - -- - - - - -  x

**SUPPLEMENT TO FIRST INTERIM FEE APPLICATION OF**
**SULLIVAN & CROMWELL, LLP**

Sullivan & Cromwell, LLP ("**S&C**"), co-counsel to the official committee of unsecured creditors (the "**Committee**"), hereby supplements the *First Interim Fee Application of Sullivan & Cromwell, LLP* [Docket No. 497] (the "**First Interim Application**") for the period from November 19, 2014 through January 31, 2015 (the "**Application Period**") by attaching, as Exhibits A through E hereto, certain schedules requested in connection with the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "**UST Guidelines**").  In addition, S&C respectfully states as follows:

1.      The following statements address the questions set forth under section C.5 of the UST Guidelines:

a.      We have not agreed to any variations from, or alternatives to, our standard or customary billing rates, fees or terms for services pertaining to this

---

[1]      The Debtors and the last four digits of their respective federal tax identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598), and Dendreon Manufacturing, LLC (7123).  The address of the Debtors' corporate headquarters is 1301 2nd Avenue, Seattle, Washington 98101.

01:16924889.1

SC1:3832191.3A

engagement that were provided during the Application Period, other than, as agreed with the Committee, to bill the rates for S&C's senior professionals at a discount to S&C's standard hourly rates.  In addition, even though S&C as a firm increased billing rates effective January 1, 2015, S&C did not increase rates for this engagement.

b.  The fees sought by S&C in the First Interim Application are not more than the fees budgeted pursuant to the original budget provided by S&C to the Committee.

c.  The professionals included in the First Interim Application did not vary their hourly rate based on the geographic location of the bankruptcy case.

d.  The First Interim Application did not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

e.  The time period covered by the First Interim Application includes approximately 3.40 hours with a value of $2,931.50 spent by S&C to ensure that the time entries subject to the First Interim Application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information.  This review and any revisions associated therewith are a necessary component of S&C's preparation of each monthly fee application.

f.  The First Interim Application does not include any rate increases since retention.

01:16924889.1

SC1:3832191.3A

      2.      As a result of discussions with the United States Trustee, S&C has agreed to reduce its requested fees for the First Interim Application by $3,371.50.

Date: April 2, 2015          SULLIVAN & CROMWELL, LLP
      New York, New York

                          */S/ MICHAEL H. TORKIN*
                          Michael H. Torkin
                          Mark U. Schneiderman
                          David J. Jakus
                          125 Broad Street
                          New York, New York 10004
                          Telephone:  (212) 558-4000
                          Facsimile:   (212) 558-3588

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Sean T. Greecher (No. 4844)
Maris J. Kandestin (No. 5294)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
Telephone: (302) 571-6600
Facsimile: (302)  571-1253

*Counsel for Official Committee of Unsecured Creditors*

## EXHIBIT A

## SUMMARY OF TIMEKEEPERS INCLUDED IN THE

## FIRST INTERIM APPLICATION

01:16924889.1

SC1:3832191.3A

| | | | YEAR OF FIRST ADMISSION (if applicable) | FEES BILLED | HOURS BILLED | HOURLY RATE BILLED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | IN THIS APPLICATION | IN THIS APPLICATION | IN THIS APPLICATION | | |
| Dietderich, Andrew G. | Partner | GP/Restructuring | 1997 | $1,026.00 | 0.90 | $1,140.00 | $1,140.00 | 0 |
| Estes, John E. | Partner | GP/Finance | 1995 | $1,942.50 | 1.50 | $1,295.00 | $1,295.00 | 0 |
| Glueckstein, Brian D. | Partner | Litigation | 2004 | $3,420.00 | 3.00 | $1,140.00 | $1,140.00 | 0 |
| Mousavi, Nader A. | Partner | GP/IP | 1999 | $2,590.00 | 2.00 | $1,295.00 | $1,295.00 | 0 |
| Shenker, Joseph C. | Partner | GP | 1981 | $388.50 | 0.30 | $1,295.00 | $1,295.00 | 0 |
| Spitzer, David C. | Partner | Tax | 1996 | $19,425.00 | 15.00 | $1,295.00 | $1,295.00 | 0 |
| Steinberg, Michael H. | Partner | Litigation | 1988 | $342.00 | 0.30 | $1,140.00 | $1,140.00 | 0 |
| Torkin, Michael H. | Partner | GP/Restructuring | 1999 | $1,995.00 | 3.50 | *$570.00 | *$570.00 | 0 |
| Torkin, Michael H. | Partner | GP/Restructuring | 1999 | $158,802.00 | 139.30 | $1,140.00 | $1,140.00 | 0 |
| Trevino, Marc R. | Partner | GP/Employee Benefits | 1995 | $9,453.50 | 7.30 | $1,295.00 | $1,295.00 | 0 |
| Veeraraghavan, Uday Krishna | Partner | GP/M&A | 2004 | $14,732.00 | 11.60 | $1,270.00 | $1,270.00 | 0 |
| | | | | **$214,116.50** | **184.70** | | | |
| Jerome, John J. | Of Counsel | GP/Restructuring | 1962 | $31,236.00 | 27.40 | $1,140.00 | $1,140.00 | 0 |
| | | | | **$31,236.00** | **27.40** | | | |
| Altman, Zvi Daniel | Special Counsel | Tax | 2006 | $33,233.00 | 33.40 | $995.00 | $995.00 | 0 |

SC1:3832191.3A

| | | | YEAR OF FIRST ADMISSION (if applicable) | FEES BILLED | HOURS BILLED | HOURLY RATE BILLED | | |
|---|---|---|---|---|---|---|---|---|
| | | | | IN THIS APPLICATION | IN THIS APPLICATION | IN THIS APPLICATION | | |
| Brennan, Matthew J. | Special Counsel | GP/Environmental | 1986 | $1,260.00 | 1.20 | $1,050.00 | $1,050.00 | 0 |
| Fiorini, Judith R. | Special Counsel | Restructuring | 1998 | $199.00 | 0.20 | $995.00 | $995.00 | 0 |
| Simon, Spencer F. | Special Counsel | GP/IP | 2000 | $6,169.00 | 6.20 | $995.00 | $995.00 | 0 |
| | | | | **$40,861.00** | **41.00** | | | |
| Coleman, Heather L. | Associate | GP/Employee Benefits | 2007 | $52,246.00 | 60.40 | $865.00 | $865.00 | 0 |
| Green, Joshua A. | Associate | GP | 2014 | $11,011.00 | 18.20 | $605.00 | $605.00 | 0 |
| Jakus, David J. | Associate | GP | 2014 | $75,625.00 | 125.00 | $605.00 | $605.00 | 0 |
| Josephs, Adam M. | Associate | GP/Employee Benefits | 2014 | $2,852.00 | 6.20 | $460.00 | $460.00 | 0 |
| Ma, Chiansan | Associate | GP/Restructuring | 2012 | $249.00 | 0.30 | $830.00 | $830.00 | 0 |
| Mortensen, Todd A. | Associate | GP/Restructuring | 2013 | $99,832.50 | 137.70 | $725.00 | $725.00 | 0 |
| Schneiderman, Mark U. | Associate | GP/Restructuring | 2006 | $1,732.00 | 4.00 | *$433.00 | *$433.00 | 0 |
| Schneiderman, Mark U. | Associate | GP/Restructuring | 2006 | $143,417.00 | 165.80 | $865.00 | $865.00 | 0 |
| Wang, Jane Y. | Associate | GP/Employee Benefits | 2011 | $17,869.50 | 20.90 | $855.00 | $855.00 | 0 |
| Yegyazarian, Anush | Associate | GP/M&A | 2011 | $16,159.50 | 18.90 | $855.00 | $855.00 | 0 |
| | | | | **$420,993.50** | **557.40** | | | |

SC1:3832191.3A

| | | | YEAR OF FIRST ADMISSION (if applicable) | FEES BILLED | HOURS BILLED | HOURLY RATE BILLED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | IN THIS APPLICATION | IN THIS APPLICATION | IN THIS APPLICATION | | |
| | | | | **$707,207.00** | **810.50** | | | |
| Drinkwater, Emily C. C. | Legal Assistant | | N/A | $7,452.50 | 27.10 | $275.00 | $275.00 | 0 |
| Gorman, Teresa A. | Research Analyst | | N/A | $355.00 | 1.00 | $355.00 | $355.00 | 0 |
| Khwaja, Tariq | Research Analyst | | N/A | $177.50 | 0.50 | $355.00 | $355.00 | 0 |
| Normile, Michael R. | Research Analyst | | N/A | $177.50 | 0.50 | $355.00 | $355.00 | 0 |
| Pearson, Michael D. | Research Analyst | | N/A | $177.50 | 0.50 | $355.00 | $355.00 | 0 |
| Seeger, Evelyn H. | Research Analyst | | N/A | $355.00 | 1.00 | $355.00 | $355.00 | 0 |
| Tully, John K. | Research Analyst | | N/A | $142.00 | 0.40 | $355.00 | $355.00 | 0 |
| Watson, Thomas C. | Legal Assistant | | N/A | $137.50 | 0.50 | $275.00 | $275.00 | 0 |
| Zweber, Zara E. | Legal Assistant | | N/A | $7,277.50 | 20.50 | $355.00 | $355.00 | 0 |
| | | | | **$16,252.00** | **52.00** | | | |
| | | | | **$723,459.00** | **862.50** | | | |

\* Half-rates appear where fees were charged for non-working travel.

SC1:3832191.3A

01:16924889.1

## EXHIBIT B

## BUDGET AND STAFFING PLAN

01:16924889.1

SC1:3832191.3A

## BUDGET FOR THE APPLICATION PERIOD

| | | | | |
|---|---|---|---|---|
| Michael H. Torkin | $1,140.00 | $1,140.00 | $1,140.00 | $1,140.00 |
| John J. Jerome | $1,140.00 | $1,140.00 | $1,140.00 | $1,140.00 |
| Dan Altman | N/A | $995.00 | $995.00 | $995.00 |
| Mark Schneiderman | $865.00 | $865.00 | $865.00 | $865.00 |
| Heather Coleman | $865.00 | $865.00 | N/A | $865.00 |
| Anush Yegyazarian | N/A | $855.00 | $855.00 | $855.00 |
| Jane Wang | N/A | $855.00 | N/A | $855.00 |
| Todd Mortensen | $725.00 | $725.00 | N/A | $725.00 |
| David Jakus | $605.00 | $605.00 | $605.00 | $605.00 |
| Emily Drinkwater | $275.00 | $275.00 | $275.00 | $275.00 |
| Practice Area* | $881.69 | $881.69 | $881.69 | $881.69 |

| | | | | |
|---|---|---|---|---|
| Michael H. Torkin | 38 | 57 | 50 | 145 |
| John J. Jerome | 11 | 8 | 10 | 29 |
| Dan Altman | 0 | 14 | 20 | 34 |
| Mark Schneiderman | 42 | 77 | 70 | 189 |
| Heather Coleman | 26 | 36 | 0 | 62 |
| Anush Yegyazarian | 0 | 8 | 20 | 28 |
| Jane Wang | 0 | 11 | 0 | 11 |
| Todd Mortensen | 60 | 60 | 0 | 120 |
| David Jakus | 50 | 32 | 65 | 147 |
| Emily Drinkwater | 12 | 10 | 15 | 37 |
| Practice Area* | 48.7 | 39 | 40 | 127.7 |
| **TOTAL** | **287.7** | **352** | **290** | **929.7** |

| | | | | |
|---|---|---|---|---|
| Michael H. Torkin | $43,320.00 | $64,980.00 | $57,000.00 | $165,300.00 |
| John J. Jerome | $12,540.00 | $9,120.00 | $11,400.00 | $33,060.00 |
| Dan Altman | $0.00 | $13,930.00 | $19,900.00 | $33,830.00 |
| Mark Schneiderman | $36,330.00 | $66,605.00 | $60,550.00 | $163,485.00 |
| Heather Coleman | $22,490.00 | $31,140.00 | $0.00 | $53,630.00 |
| Anush Yegyazarian | $0.00 | $6,840.00 | $17,100.00 | $23,940.00 |
| Jane Wang | $0.00 | $9,405.00 | $0.00 | $9,405.00 |
| Todd Mortensen | $43,500.00 | $43,500.00 | $0.00 | $87,000.00 |
| David Jakus | $30,250.00 | $19,360.00 | $39,325.00 | $88,935.00 |
| Emily Drinkwater | $3,300.00 | $2,750.00 | $4,125.00 | $10,175.00 |
| Practice Area* | $42,938.50 | $34,386.07 | $35,267.76 | $112,592.33 |
| **TOTAL** | **$234,668.50** | **$302,016.07** | **$244,667.76** | **$781,352.33** |

*Includes 15 attorneys and staff expected to bill less than 10 hours per month.

01:16924889.1

SC1:3832191.3A

|  |  |  |  |  |
|---|---|---|---|---|
| Total Budgeted Fees | $234,668.50 | $302,016.07 | $244,667.76 | $781,352.33 |
| Total Budgeted Expenses | $1,270.87 | $5,000.00 | $5,000.00 | $11,270.87 |
| **Total Budgeted Fees & Expenses** | **$235,939.37** | **$307,016.07** | **$249,667.76** | **$792,623.20** |

## BUDGETED VS. ACTUAL FEES & EXPENSES

|  | TOTAL AMOUNT | | TOTAL AMOUNT |
|---|---|---|---|
|  | **November & December** | **January** | **Application Period** |
| Total Budgeted Fees & Expenses | $542,955.44 | $249,667.76 | $792,623.20 |
| **Total Actual Fees & Expenses** | **$534,701.82** | **$192,841.58** | **$727,543.40** |

## STAFFING PLAN FOR THE APPLICATION PERIOD

|  | **NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD*** | **AVERAGE HOURLY RATE** |
|---|---|---|
| Partner | 1 | $1,140.00 |
| Of Counsel | 1 | $1,140.00 |
| Special Counsel | 1 | $995.00 |
| Associate | 6 | $795.00 |
| Non-Legal Personnel | 1 | $275.00 |

* Excludes attorneys and staff expected to bill less than 10 hours per month.

01:16924889.1

SC1:3832191.3A

**EXHIBIT C**

**SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENT**

**SUMMARY OF COMPENSATION REQUEST BY PROJECT CATEGORY**

| | | | |
|---|---|---|---|
| 00002 | ASSET ANALYSIS AND RECOVERY | 2.60 | $1,885.00 |
| 00003 | ASSET DISPOSITIONS | 237.80 | $216,956.50 |
| 00004 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | - | $0.00 |
| 00005 | AVOIDANCE ACTION ANALYSIS | - | $0.00 |
| 00006 | BUSINESS OPERATIONS | 26.50 | $24,482.50 |
| 00007 | CASE ADMINISTRATION | 66.20 | $47,910.50 |
| 00008 | CLAIMS ADMINISTRATION AND OBJECTIONS | - | $0.00 |
| 00009 | CORPORATE GOVERNANCE AND BOARD MATTERS | - | $0.00 |
| 00010 | EMPLOYEE BENEFITS AND PENSIONS | 113.80 | $92,013.00 |
| 00011 | EMPLOYMENT AND FEE APPLICATIONS (S&C) | 92.70 | $70,646.00 |
| 00012 | EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 10.50 | $11,741.50 |
| 00013 | FINANCING, CASH COLLATERAL, MAKE WHOLE | - | $0.00 |
| 00014 | OTHER LITIGATION | 0.90 | $778.50 |
| 00015 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 64.60 | $56,939.00 |
| 00016 | NON-WORKING TRAVEL | 7.50 | $3,727.00 |
| 00017 | PLAN AND DISCLOSURE STATEMENT | 4.60 | $4,144.00 |
| 00018 | RELIEF FROM STAY AND ADEQUATE PROTECTION | - | $0.00 |
| 00019 | TAX | 68.50 | $70,720.00 |

01:16924889.1

SC1:3832191.3A

| | | | |
|---|---|---|---|
| 00020 | VALUATION | - | $0.00 |
| 00021 | DISCOVERY | - | $0.00 |
| 00022 | HEARINGS | 3.10 | $2,591.00 |
| 00023 | FIRST AND SECOND DAY MOTIONS | 135.20 | $108,517.50 |
| 00024 | CLAIMS INVESTIGATION | - | $0.00 |
| 00025 | LIEN INVESTIGATION | - | $0.00 |
| 00026 | INTERCOMPANY CLAIMS | - | $0.00 |
| 00027 | OTHER MOTIONS / APPLICATIONS | - | $0.00 |
| 00028 | SCHEDULES AND STATEMENTS | 2.80 | $1,980.00 |
| 00029 | TIME ENTRY REVIEW | 25.20 | $8,427.00 |
| 00031 | BUDGETING (CASE) | - | $0.00 |
| | | | |

### SUMMARY OF EXPENSE REIMBURSEMENT BY CATEGORY

| | |
|---|---|
| Tele-conference | $134.62 |
| Delivery - Courier | $8.47 |
| Repro - Copies * | $982.40 |
| Repro - Binding | $6.50 |
| Meals - Overtime | $471.95 |
| Local Transportation | $1,670.46 |
| Travel - Out of Town | $570.00 |
| Meals | $240.00 |
| | |

* The rate for copying charges is $0.10 per page.

01:16924889.1

SC1:3832191.3A

## **EXHIBIT D**

## **S&C COMPARABLE RATE DISCLOSURE**

| AVERAGE HOURLY RATE BILLED BY CLASS OF TIMEKEEPER | | |
|---|---|---|
| | Dendreon Estate | Comparable Non-Bankruptcy Invoices Issued in 2014 |
| Partners | $1159 | $1391 |
| Counsel and Senior Associates | $901 | 897 |
| Associates (Years 1-4) | $678 | $622 |
| Legal Assistants | $313 | $330 |
| Total | $839 | $861 |

Notes:

1.  As set forth in S&C Retention Application, S&C does not ordinarily determine its fees solely on the basis of hourly rates. Instead, S&C ordinarily bases the fee for its services on all the factors prescribed by Rule 1.5(a) of the New York Rules of Professional Conduct, including the firm's contribution to the relevant matter, the responsibility assumed, the results achieved, the difficulty and complexity of the matter, the amount involved, the experience of, and demands on, the lawyers involved and the fees customarily charged for such matter.  Accordingly, the information in the foregoing chart was developed for the purposes of comparable rate disclosure in connection with S&C's representation of the Committee and, therefore, should not be viewed as a rate that would be applied consistently across firm representations.

2.   "Comparable Non-Bankruptcy Invoices Issued in 2014" include all invoices issued during 2014 for S&C's domestic General Practice, Tax and Estates & Personal matters, including those with a litigation component, and therefore staffed by a mix of litigation and non-litigation lawyers.  Excluded are invoices for matters (a) opened by the Firm as Litigation matters, including civil and criminal litigation, investigations and certain regulatory matters, (b) in bankruptcy cases where our fees are subject to review under 11 U.S.C. 330 and (c) resulting in write-offs (defined as invoices where amounts billed or collected are less than 50% of our Standard Rates) resulting, in many circumstances, from broken transactions.

3.  S&C calculated the average hourly rate for timekeepers who billed the Dendreon Estate by dividing the total dollar amount billed by each class of timekeepers during the applicable period by the total number of hours billed by such timekeepers during the applicable period.

4.  S&C calculated the average hourly rate for Comparable Non-Bankruptcy Invoices by dividing the total dollar amount attributed to each class of timekeepers during the applicable period by the total number of hours billed by such timekeepers during the applicable period.

## EXHIBIT E

## FIRST INTERIM APPLICATION SUMMARY

| | |
|---|---|
| Name of Applicant | Sullivan & Cromwell, LLP |
| Name of Client | Committee |
| Time period covered by First Interim Application | November 19, 2014 through January 31, 2015 |
| Total compensation sought during the Application Period | $723,459.00 |
| Total expenses sought during the Application Period | $4,084.40 |
| Petition Date | November 10, 2014 |
| Retention Date | November 19, 2014 |
| Date of order approving employment | January 28, 2015 |
| Total compensation approved by interim order to date | N/A |
| Total expenses approved by interim order to date | N/A |