IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
DENDREON CORPORATION, et al., : Case No. 14-12515 (LSS)
:
Debtors.[1] : Jointly Administered
:
: **Related Docket No. 472**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF FILING OF DISCLOSURE STATEMENT WITH RESPECT TO FIRST AMENDED PLAN OF LIQUIDATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE PROPOSED BY THE DEBTORS**

**PLEASE TAKE NOTICE** that, on March 10, 2015, the debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively, the "Debtors") filed the Disclosure Statement With Respect To Amended Plan Of Liquidation Pursuant To Chapter 11 Of The Bankruptcy Code Proposed By The Debtors (Docket No. 472) (the "Initial Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the Initial Disclosure Statement to, among other things, reflect comments from parties in interest and provide additional information (the "Amended Disclosure Statement"), a copy of which is attached hereto as Exhibit 1.

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 601 Union Street, Suite 4900, Seattle, Washington 98101.

**PLEASE TAKE FURTHER NOTICE** that a blackline version of the Amended

Disclosure Statement is attached hereto as <u>Exhibit 2</u>, which blackline reflects all revisions to the Initial

Disclosure Statement since its filing on March 10, 2015.

Dated:  Wilmington, Delaware
         April 10, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Sarah E. Pierce*
Anthony W. Clark (I.D. No. 2051)
Sarah E. Pierce (I.D. No. 4648)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Kenneth S. Ziman
Raquelle L. Kaye
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

- and -

Felicia Gerber Perlman
155 N. Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

Counsel for Debtors and Debtors in Possession