IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
:
DENDREON CORPORATION, et al., : Case No. 14-12515 (LSS)
:
               Debtors.[1] : Jointly Administered
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON APRIL 14, 2015 AT 2:00 P.M. (EASTERN)**

        Set forth below are the matters scheduled to be heard before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware, on April 14, 2015 beginning at 2:00 p.m. (Eastern).[2]

**I.    UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION**

1.    Debtors' Motion For Order Under Bankruptcy Code Section 1121(d) Extending Exclusive Periods During Which Debtors May File And Solicit Acceptances Of A Chapter 11 Plan (Docket No. 461) (Date Filed: 3/6/15)

    Related Documents:

    a.    Certificate of No Objection (Docket No. 566) (Date Filed: 4/9/15)

    b.    Proposed Form of Order

    Objection Deadline:    March 24, 2015 at 4:00 p.m. (Eastern)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 601 Union Street, Suite 4900, Seattle, Washington 98101.

[2] Parties wishing to participate in the hearing telephonically must contact the Court's conference call provider, CourtCall, prior to 12:00 p.m. (Eastern) on April 13, 2015, by phone (866-582-6878) or by facsimile (866-533-2946) in order to schedule a telephonic appearance.

Objections/
Responses
Filed:          None.

Status:         No hearing is necessary. The Debtors have filed a certificate of no objection and respectfully request that the relief sought in the proposed form of order be granted.

## II.   CONTESTED MATTERS GOING FORWARD

2.  Donahue Group's Motion To Stay The Effectiveness Of The Sale Order And The Closing Of The Sale Pending Review By This Court And/Or Appeal To The District Court (Docket No. 455) (Date Filed: 3/2/15)

    Objection
    Deadline:       April 7, 2015 at 4:00 p.m. (Eastern)

    Objections/
    Responses
    Filed:

    a.  Debtors' Objection To Motion To Stay The Effectiveness Of The Sale Order And The Closing Of The Sale Pending Review By This Court And/Or Appeal To The District Court (Docket No. 553) (Date Filed: 4/7/15)

    b.  Valeant Pharmaceuticals International, Inc.'s Objection To Motion To Stay (Docket No. 554) (Date Filed: 4/7/15)

    c.  Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to the Motion to Stay the Effectiveness of the Sale Order and the Closing of the Sale Pending Review by This Court and/or Appeal to the District Court (Docket No. 557) (Date Filed: 4/7/15)

    Status:         This matter is going forward.

## III.  SOLICITATION MATTERS

3.  Debtors' Motion For Order (A) Approving The Form And Manner Of Notice Of The Disclosure Statement Hearing; (B) Approving Disclosure Statement; (C) Authorizing The Offer And Sale Of Valeant Shares Exempt From Registration Under Securities Laws Pursuant To Bankruptcy Code Section 1145 And Pursuant To Bankruptcy Code Section 1125(e) Safe Harbor; (D) Scheduling Hearing On Confirmation Of Plan; (E) Establishing Deadlines And Procedures For Filing Objections To Confirmation Of Plan; (F) Establishing Deadlines And Procedures For Voting On The Plan; (G) Approving Solicitation Procedures; (H) Establishing Procedures For Tabulation Of Votes; And (I) Granting Related Relief (Docket No. 474) (Date Filed: 3/10/15)

Related Documents:

a. Disclosure Statement With Respect To Plan Of Liquidation Pursuant To Chapter 11 Of The Bankruptcy Code Proposed By The Debtors (Docket No. 472) (Date Filed: 3/10/15)

b. Notice Of Filing Of First Amended Plan Of Liquidation Pursuant To Chapter 11 Of The Bankruptcy Code Proposed By The Debtors (Docket No. 575) (Date Filed: 4/10/15)

c. Notice Of Filing Of Disclosure Statement With Respect To First Amended Plan Of Liquidation Pursuant To Chapter 11 Of The Bankruptcy Code Proposed By The Debtors (Docket No. 576) (Date Filed: 4/10/15)

Objection Deadline: April 7, 2015 at 4:00 p.m. (Eastern), extended until April 9, 2015 at 12:00 p.m. (Eastern) for the Indenture Trustee.

Objections/ Responses Filed:

a. Limited Objection Of GlaxoSmithKline LLC To (I) The Debtors' Disclosure Statement And (Ii) The Debtors' Motion For Order Approving The Disclosure Statement (Docket No. 552) (Date Filed: 4/7/15)

b. Informal Response of the Office of the United States Trustee

Status: This matter is going forward.

## IV. INTERIM FEE APPLICATION MATTERS[3]

4. Notice of Filing of Proposed Omnibus Order Approving Interim Fee Applications (Docket No. 573) (Date Filed: 4/10/15)

Related Document:

a. Certification Of Counsel Regarding First Interim Fee Application Of Sullivan & Cromwell, LLP (Docket No. 547) (Date Filed: 4/2/15)

---

[3] Fee Application binders were previously submitted to the Court on April 7, 2015.

b.  Certification of Counsel Regarding First Interim Fee Application of Young Conaway Stargatt & Taylor, LLP (Docket No. 551) (Date Filed: 4/6/15)

c.  Certificate Of No Objection To Interim Application For Compensation Of Skadden, Arps, Slate, Meagher & Flom LLP (Docket No. 563) (Date Filed: 4/8/15)

d.  Certificate Of No Objection To Interim Application For Compensation Of Lazard Freres And Co. LLC (Docket No. 564) (Date Filed: 4/8/15)

e.  Certificate Of No Objection To Interim Application For Compensation Of AlixPartners, LLP (Docket No. 565) (Date Filed: 4/8/15)

f.  Certificate Of No Objection Regarding Interim Fee Application Of Deloitte Financial Advisory Services LLP (Docket No. 567) (Date Filed: 4/9/15)

g.  Certificate Of No Objection Regarding Interim Fee Application Of Centerview Partners LLC (Docket No. 568) (Date Filed: 4/9/15)

h.  Proposed Form of Order

Status:  This matter is going forward if the proposed form of order is not entered prior to the hearing. Please see Exhibit A attached hereto for index of pleadings.

*[Remainder of page intentionally left blank.]*

Dated: Wilmington, Delaware
       April 10, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Sarah E. Pierce*
Anthony W. Clark (I.D. No. 2051)
Sarah E. Pierce (I.D. No. 4648)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Kenneth S. Ziman
Raquelle L. Kaye
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

- and -

Felicia Gerber Perlman
155 N. Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

Counsel for Debtors and Debtors in Possession

## **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
: 
In re: : Chapter 11
: 
DENDREON CORPORATION, et al., : Case No. 14-12515 (LSS)
: 
Debtors.[1] : Jointly Administered
: 
: 
------------------------------- x    **Related Docket Nos. 493, 495, 497, 498, 499**

**INDEX OF PROFESSIONAL FEE APPLICATIONS FOR
INTERIM FEE HEARING APRIL 14, 2015 AT 2:00 P.M.**

**I.    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

1.  First Interim Fee Application Of Skadden, Arps, Slate, Meagher & Flom LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Debtors For The Period Of November 10, 2014 Through And Including January 31, 2015 (Docket No. 493) (Date Filed: 3/17/15)

    Related Documents:

    A.  First Monthly Fee Application Of Skadden, Arps, Slate, Meagher & Flom LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Debtors For The Period Of November 10, 2014 Through And Including December 31, 2014 (Docket No. 340) (Date Filed: 1/30/15)

        i.   Certificate of No Objection (Docket No. 416) (Date Filed: 2/23/14)

    B.  Second Monthly Fee Application Of Skadden, Arps, Slate, Meagher & Flom LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Debtors For The Period Of January 1, 2015 Through And Including January 31, 2015 (Docket No. 440) (Date Filed: 2/24/15)

        i.   Certificate of No Objection (Docket No. 504) (Date Filed: 3/18/15)

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 601 Union Street, Suite 4900, Seattle, Washington 98101.

C. Supplement To First Interim Fee Application Of Skadden, Arps, Slate, Meagher & Flom LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Debtors For The Period Of November 10, 2014 Through And Including January 31, 2015 (Docket No. 544) (Date Filed: 4/1/15)

**II.    LAZARD FRÈRES AND CO. LLC**

2. First Interim Fee Application Of Lazard Frères And Co. LLC, As Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period From November 10, 2014 Through January 31, 2015 (Docket No. 495) (Date Filed: 3/17/15)

   Related Documents:

   A. First Monthly Application Of Lazard Frères And Co. LLC, As Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period November 10, 2014 Through December 31, 2014 (Docket No. 338) (Date Filed: 1/30/15)

      i. Certificate of No Objection (Docket No. 417) (Date Filed: 2/23/15)

   B. Second Monthly Application Of Lazard Frères And Co. LLC, As Investment Banker To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period January 1, 2015 Through January 31, 2015 (Docket No. 439) (Date Filed: 2/24/15)

      i. Certificate of No Objection (Docket No. 505) (Date Filed: 3/18/15)

**III.   ALIXPARTNERS, LLP**

3. First Interim Fee Application Of AlixPartners, LLP For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Restructuring Advisor For Debtors And Debtors In Possession, For The Period From November 10, 2014 Through January 31, 2015 (Docket No. 498) (Date Filed: 3/17/15)

   Related Documents:

   A. First Monthly Fee Application Of AlixPartners, LLP For Compensation For Services Rendered And For Reimbursement Of Expenses Incurred As Restructuring Advisors For Debtors For The Period From November 10, 2014 Through December 31, 2014 (Docket No. 339) (Date Filed: 1/30/15)

      i. Certificate of No Objection (Docket No. 418) (Date Filed: 2/23/15)

  B.  Second Monthly Fee Application Of AlixPartners, LLP For Compensation For Services Rendered And For Reimbursement Of Expenses Incurred As Restructuring Advisors For Debtors For The Period From January 1, 2015 Through January 31, 2015 (Docket No. 479) (Date Filed: 3/11/15)

    i.  Certificate of No Objection (Docket No. 545) (Date Filed: 4/2/15)

**IV. YOUNG CONAWAY STARGATT & TAYLOR, LLP**

4. First Interim Fee Application Of Certain Of The Committee's Professionals For The Period From November 19, 2014 Through And Including January 31, 2015 (Docket No. 497) (Date Filed: 3/17/15)

 Related Documents:

  A.  First Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from November 19, 2014 Through December 31, 2014 (Docket No. 367) (Date Filed: 2/9/15)

    i.  Certificate of No Objection (Docket No. 458) (Date Filed: 3/4/15)

  B.  Second Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2015 Through January 31, 2015 (Docket No. 421) (Date Filed: 2/23/15)

    i.  Certificate of No Objection (Docket No. 511) (Date Filed: 3/19/15)

  C.  Supplement to First Interim Fee Application of Young Conaway Stargatt & Taylor, LLP (Docket No. 543) (Date Filed: 4/1/15)

**V. SULLIVAN & CROMWELL LLP**

5. First Interim Fee Application Of Certain Of The Committee's Professionals For The Period From November 19, 2014 Through And Including January 31, 2015 (Docket No. 497) (Date Filed: 3/17/15)

 Related Documents:

  A.  First Monthly Fee Application of Sullivan & Cromwell, LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from November 19, 2014 Through December 31, 2014 (Docket No. 366) Date Filed: 2/9/15)

    i.  Certificate of No Objection (Docket No. 457) (Date Filed: 3/4/15)

B. Second Monthly Fee Application of Sullivan & Cromwell, LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2015 Through January 31, 2015 (Docket No. 420) (Date Filed: 2/23/15)

i. Certificate of No Objection (Docket No. 510) (Date Filed: 3/19/15)

C. Supplement to First Interim Fee Application of Sullivan & Cromwell, LLP (Docket No. 546) (Date Filed: 4/2/15)

## VI. DELOITTE FINANCIAL ADVISORY SERVICES LLP

6. First Interim Fee Application Of Certain Of The Committee's Professionals For The Period From November 19, 2014 Through And Including January 31, 2015 (Docket No. 497) (Date Filed: 3/17/15)

Related Documents:

A. First Monthly Fee Application of Deloitte Financial Advisory, LLP for Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from November 19, 2014 Through December 31, 2014 (Docket No. 391) (Date Filed: 2/16/15)

i. Certificate of No Objection (Docket No. 484) (Date Filed: 3/13/15)

B. Second Monthly Fee Application of Deloitte Financial Advisory, LLP for Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from January 1, 2015 Through January 31, 2015 (Docket No. 411) (Date Filed: 2/20/15)

i. Certificate of No Objection (Docket No. 491) (Date Filed: 3/17/15)

## VII. CENTERVIEW PARTNERS LLC

7. First Interim Fee Application Of Certain Of The Committee's Professionals For The Period From November 19, 2014 Through And Including January 31, 2015 (Docket No. 497) (Date Filed: 3/17/15)

Related Documents:

A. First Monthly Application of Centerview Partners LLC as Investment Banker for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period December 5, 2014 through January 31, 2015 (Docket No. 412) (Date Filed: 2/20/15)

i. Certificate of No Objection (Docket No. 492) (Date Filed: 3/17/15)

**VIII.   PRIME CLERK LLC**

8.   First Interim Fee Request Of Prime Clerk LLC For The Interim Period From November 10, 2014 Through January 31, 2015 (Docket No. 499) (Date Filed: 3/17/15)

   Related Documents:

   A.   Monthly Fee Application Of Prime Clerk LLC, Administrative Advisor To The Debtors, For Compensation For Services And Reimbursement Of Expenses For The Period From December 1, 2014 Through December 31, 2014 ()Docket No. 299) (Date Filed: 1/22/15)

   B.   Monthly Fee Application Of Prime Clerk LLC Administrative Advisor To The Debtors, For Compensation For Services And Reimbursement Of Expenses For The Period From January 1, 2015 Through January 31, 2015 (Docket No. 456) (Date Filed: 3/4/15)