IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x
: 
In re:                              :  Chapter 11
                                    :
DENDREON CORPORATION, et al.,       :  Case No. 14-12515 (LSS)
                                    :
               Debtors.[1]     :  Jointly Administered
                                    :
                                    :  **Related Docket Nos.: 461, 566**
                                    :
------------------------------------x

### ORDER PURSUANT TO BANKRUPTCY CODE SECTION 1121(d) EXTENDING EXCLUSIVE PERIODS DURING WHICH DEBTORS MAY FILE AND SOLICIT ACCEPTANCES OF A CHAPTER 11 PLAN

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order under Bankruptcy Code section 1121(d) extending the Debtors' exclusive periods to file a chapter 11 plan and to solicit votes to approve a chapter 11 plan (together, the "Exclusive Periods"); and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the relief requested being a reasonable exercise of the Debtors' sound business judgment consistent with their fiduciary duties and in the best

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 601 Union Street, Suite 4900, Seattle, Washington 98101.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

interests of the Debtors and their estates and creditors; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to Bankruptcy Code section 1121(d), no party, other than the Debtors, may file any chapter 11 plan from the date hereof through and including June 29, 2015.

3. Pursuant to Bankruptcy Code section 1121(d), no party, other than the Debtors, may solicit votes to accept a proposed chapter 11 plan filed with this Court during the period from the date hereof through and including August 27, 2015.

4. Nothing herein shall prejudice the Debtors' rights to seek further extensions of the Exclusive Periods consistent with Bankruptcy Code section 1121(d).

5. The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of the Order.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: Wilmington, Delaware
        April 10, 2015

Honorable Laurie Selber Silverstein
UNITED STATES BANKRUPTCY JUDGE

1158282-NYCSR03A - MSW