IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>DENDREON CORPORATION, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case Nos. 14-12515 (LSS), *et seq.*<br><br>(Jointly Administered)<br><br>Re: Dkt. No. 526   604 |

### ORDER ON MOTION TO SHORTEN TIME

UPON CONSIDERATION OF the Motion to Shorten Time filed by counsel for the Donahue Group of ad hoc equity shareholders (collectively, the "Movants"), IT IS HEREBY ORDERED as follows:

1. The Motion to Shorten is GRANTED.

2. The Hearing on the Motion for Appointment of an Official Equity Committee and Determination of Prejudice for Previous Non-Appointment (D.I. 526) (the "Motion to Appoint") will commence on _April 29, 2015_ at _1:00_ a.m. / p.m.

3. Objections and Responses to the Motion to Appoint are to be filed no later than _April 24, 2015 at 4:00 pm, provided that the office of the United States Trustee shall file any objection by April 28 at 4.00 pm._

4. Movants' Reply is to be filed no later _April 29 at 10:00 am_

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 1301 2nd Avenue, Seattle, Washington 98101.

-2-

5.  Movants shall forthwith serve a copy of this Order upon (i) counsel for the Debtors; (ii) counsel to the Official Committee of Unsecured Creditors; (iii) counsel to the United States Trustee; and (iv) all those who request notices pursuant to Fed. R. Bankr. P. 2002.

Dated: April 17, 2015
Wilmington, Delaware

_____
HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE