IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                               :
In re:                                                         :    Chapter 11
                                                               :
DENDREON CORPORATION, et al.,                                  :    Case No. 14-12515 (LSS)
                                                               :
              Debtors.¹                                        :    Jointly Administered
                                                               :
                                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF RESCHEDULED HEARING TIME**

PLEASE TAKE NOTICE that the hearing previously scheduled for April 29, 2015 at 10:00 a.m. (Eastern) in the above-captioned jointly administered bankruptcy cases has been rescheduled at the direction of the Court to **April 29, 2015 at 1:00 p.m. (Eastern)**.

*[Remainder of page intentionally left blank.]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 601 Union Street, Suite 4900, Seattle, Washington 98101.

Dated: Wilmington, Delaware
       April 17, 2015

                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                */s/ Sarah E. Pierce*
                Anthony W. Clark (I.D. No. 2051)
                Sarah E. Pierce (I.D. No. 4648)
                One Rodney Square
                P.O. Box 636
                Wilmington, Delaware 19899-0636
                Telephone: (302) 651-3000
                Fax: (302) 651-3001

                - and -

                Kenneth S. Ziman
                Raquelle L. Kaye
                Four Times Square
                New York, New York 10036-6522
                Telephone: (212) 735-3000
                Fax: (212) 735-2000

                - and -

                Felicia Gerber Perlman
                155 N. Wacker Drive
                Chicago, Illinois 60606-1720
                Telephone: (312) 407-0700
                Fax: (312) 407-0411

                Counsel for Debtors and Debtors in Possession