**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DENDREON CORPORATION, et al., | : | Case No. 14-12515 (LSS) |
| | : | |
| Debtors.[1] | : | Jointly Administered |
| | : | |

## AFFIDAVIT OF SERVICE

I, Steven Gordon, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 15, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth on the Core/2002 service list attached hereto as **Exhibit A**:

- Order (A) Approving the Form and Manner of Notice of the Disclosure Statement Hearing; (B) Approving Disclosure Statement; (C) Authorizing the Offer and Sale of Valeant Shares Exempt from Registration Under Securities Laws Pursuant to Bankruptcy Code Section 1145 and Pursuant to Bankruptcy Code Section 1125(e) Safe Harbor; (D) Scheduling Hearing on Confirmation of Plan; (E) Establishing Deadlines and Procedures for Filing Objections to Confirmation of Plan; (F) Establishing Deadline and Procedures for Voting on the Plan; (G) Approving Solicitation Procedures; (H) Establishing Procedures for Tabulation of Votes; and (I) Granting Related Relief [Docket No. 596]

- Notice of Submission of Proofs of Claim [Docket No. 597]

- Second Notice of Cure Amount with Respect to Previously Omitted Executory Contracts or Unexpired Leases to be Assumed and Assigned [Docket No. 599]

On April 15, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the First Omnibus Objected Claims service list attached hereto as **Exhibit B**:

- Notice of Submission of Proofs of Claim [Docket No. 597]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 1301 2nd Avenue, Seattle, Washington 98101.

On April 15, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Affected Parties service list attached hereto as **Exhibit C**:

- Second Notice of Cure Amount with Respect to Previously Omitted Executory Contracts or Unexpired Leases to be Assumed and Assigned [Docket No. 599]

[*Remainder of page intentionally left blank*]

Dated: April 21, 2015

*[signature: Steven Gordon]*

Steven Gordon

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 21, 2015, by Steven Gordon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *[signature]*

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified In Nassau County
My Commission Expires June 16, 2018

2

**Exhibit A**

SRF 2380

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Airgas USA, LLC | Airgas, Inc. | Mr. David Boyle<br>259 Radnor-Chester Road Suite 100<br>P.O. Box 6675<br>Radnor PA 19087-8675 | david.boyle@airgas.com | First Class Mail and Email |
| Counsel to Rexford IndUStrial Realty, L.P. & Knickerbocker Properties | Allan D Sarver Attorney at Law | Allan D Sarver<br>16000 Ventura Blvd<br>Suite 1000<br>Encino CA 91436 | adsarver@aol.com | First Class Mail and Email |
| American Red Cross | American Red Cross | Attn: Richard Feliciano<br>2025 E St. NW<br>Washington  DC 20006 | | First Class Mail |
| Counsel to Radiant Systems, Inc. | Archer & Greiner, P.C. | Jennifer L. Dering<br>300 Delaware Ave., Suite 1370<br>Wilmington DE 19801 | jdering@archerlaw.com | First Class Mail and Email |
| Counsel for Cisco Systems Capital Corporation | Ashby & Geddes, P.A. | Ricardo Palacio, Esq.<br>500 Delaware Avenue<br>Wilmington DE 19899 | rpalacio@ashby-geddes.com | First Class Mail and Email |
| Counsel to Majestic Airport Center Iii Building 3, LLC and Nm Majestic Holdings, LLC | Ballard Spahr LLP | Attn: David L. Pollack, Esquire<br>51St Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103 | pollack@ballardspahr.com | First Class Mail and Email |
| Counsel to Majestic Airport Center Iii Building 3, LLC and Nm Majestic Holdings, LLC | Ballard Spahr LLP | Attn: Tobey Marie Daluz, Esquire, Matthew Summers, Esquire & Leslie Heilman, Esquire<br>919 Market Street, 11th Floor<br>Wilmington DE 19801 | | First Class Mail |
| Counsel to Certain Holders of Common Stock of Dendreon Corporation (Donahue Group) | Bellinger & Donahue | Kerry M. Donahue, Esquire<br>6295 Emerald Parkway<br>Dublin OH 43016 | bedonwahoo@aol.com | First Class Mail and Email |
| Counsel for Cisco Systems Capital Corporation & Taos Mountain, Inc. | Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. & Thomas M. Gaa, Esq.<br>2600 El Camino Real, Suite 300<br>Palo Alto CA 94306 | Tgaa@bbslaw.com | First Class Mail and Email |
| Counsel for Source Healthcare Analytics, LLC | Blank Rome LLP | Joel Charles Shapiro, Esq.<br>One Logan Square<br>130 North 18Th Street<br>Philadelphia PA 19103-6998 | shapiro-jc@blankrome.com | First Class Mail and Email |
| Counsel for Source Healthcare Analytics, LLC | Blank Rome LLP | Victoria A. Guilfoyle, Esq.<br>1201 Market Street, Suite 800<br>Wilmington DE 19801 | guilfoyle@blankrome.com | First Class Mail and Email |
| Counsel to The Unofficial Committee of Convertible Senior Noteholders | Brown Rudnick LLP | Attention: Steven D. Pohl<br>One Financial Center<br>Boston MA 02111-0000 | spohl@brownrudnick.com | First Class Mail and Email |
| Counsel for The Unaffiliated Noteholders | Brown Rudnick LLP | John F. Storz, Esq.<br>Seven Times Square<br>New York NY 10036 | jstorz@brownrudnick.com | First Class Mail and Email |

In re Dendreon Corporation, et al.
Case No. 14-12515

Page 1 of 6

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for The Unaffiliated Noteholders | Brown Rudnick LLP | Steven D. Pohl, Esq. & Jesse N. Garfinkle, Esq.<br>One Financial Center<br>Boston MA 02111-0000 | spohl@brownrudnick.com<br>jgarfinkle@brownrudnick.com | First Class Mail and Email |
| Counsel for Mckesson Specialty Care Distribution Corporation | Buchalter Nemer a Professional Corporation | Jeffrey K. Garfinkle, Esq.<br>18400 Von Karman Avenue<br>Suite 800<br>Irvine CA 92612 | jgarfinkle@buchalter.com | First Class Mail and Email |
| Counsel to Oracle USa, Inc. and Oracle Credit Corporation | Buchalter Nemer, A Professional Corporation | Shawn M. Christianson, Esq.<br>55 Second Street<br>17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | First Class Mail and Email |
| Counsel to General Electriccapital Corporation | Capehart & Scatchard, P.A. | Sergio I. Scuteri, Esquire<br>8000 Midlantic Drive, Suite 300 S<br>Mt. Laurel NJ 08054 | sscuteri@capehart.com | First Class Mail and Email |
| Counsel for The Bank of New York Mellon TrUSt Company, N.A. | Carter Ledyard & Milburn LLP | Attn: James Gadsden<br>2 Wall Street<br>New York NY 10005 | bankruptcy@clm.com | First Class Mail and Email |
| Counsel for Savvis Communications Corporation D/B/A Centurylink Ts | Centurylink Law Department | Mitchell W. Katz, Esquire<br>1801 California Street, 9th Floor<br>Denver CO 80202 | mitchell.katz@centurylink.com | First Class Mail and Email |
| Counsel for Cornell University (Named In The Bankruptcy Action As Weill Cornell Medical College) | Cornell University - Office of University Counsel | Wendy E. Tarlow, Esquire<br>235 Garden Avenue<br>300 CCC Building<br>Ithaca NY 14853 | wet2@cornell.edu | First Class Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Zillah Frampton<br>820 N French St<br>Wilmington DE 19801 | FASNotify@state.de.us | First Class Mail and Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover  DE 19903 | dosdoc_Ftax@state.de.us | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn Bankruptcy Dept<br>820 Silver Lake Blvd Ste 100<br>Dover  DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn Bankruptcy Dept<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | r3public@epa.gov | First Class Mail and Email |
| Counsel to Wells Fargo N.A. | Ferry Joseph, P.A. | Jason C. Powell, Esquire<br>824 N. Market Street Suite 1000<br>P.O. Box 1351<br>Wilmington DE 19899 | jpowell@ferryjoseph.com | First Class Mail and Email |
| Counsel for The Unaffiliated Noteholders | Fox Rothschild LLP | Jeffrey M. Schlerf, Esq. & L. John Bird, Esq.<br>Citizens Bank Center<br>919 North Market Street, Suite 300<br>Wilmington DE 19801 | jschlerf@foxrothschild.com<br>lbird@foxrothschild.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GlaxoSmithKline | GlaxoSmithKline | Attn: Tim Thelen, Esq.<br>5 Moore Dr.<br>PO Box 13398<br>Research Triangle Park NC 27709 | | First Class Mail |
| Counsel to the Donahue Group | Hiller & Arban, LLC | Adam Hiller, Brian Arban & Johnna M. Darby<br>1500 North French Street<br>2nd Floor<br>Wilmington DE 19801 | ahiller@hillerarban.com<br>barban@hillerarban.com<br>jdarby@hillerarban.com | First Class Mail and Email |
| Counsel to the Donahue Group | Hiller & Arban, LLC | Kerry M Donahue Esq<br>6295 Emerald Parkway<br>Dublin OH 43016 | | First Class Mail |
| Counsel to New York Blood Center, Inc. | Hughes Hubbard & Reed LLP | Attn.: Jeffrey S. Margolin, Esq.<br>One Battery Park Plaza<br>New York NY 10004 | jeff.margolin@hugheshubbard.com | First Class Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to Tulane University | K&L Gates LLP | Lauren Garraux, Esq.<br>405 N. King Street, Suite 700<br>Wilmington DE 19801 | lauren.garraux@klgates.com | First Class Mail and Email |
| Counsel to Tulane University | K&L Gates LLP | Trey A. Monsour, Esq.<br>1000 Main Street, Suite 2550<br>Houston TX 77002 | trey.monsour@klgates.com | First Class Mail and Email |
| Counsel for Asd Specialty Healthcare, Inc. | Klehr, Harrison, Harvey & Branzburg, LLP | Linda Richenderfer, Esquire<br>919 N. Market Street, Suite 1000<br>Wilmington DE 19801 | lrichenderfer@klehr.com | First Class Mail and Email |
| Counsel for Asd Specialty Healthcare, Inc. | Klehr, Harrison, Harvey & Branzburg, LLP | Morton R. Branzburg, Esquire<br>1835 Market Street, Suite 1400<br>Philadelphia PA 19103 | mbranzburg@klehr.com | First Class Mail and Email |
| Counsel to Wells Fargo Bank, N.A. | Lane Powell PC | Mary Jo Heston<br>1420 5Th Avenue, Suite 4200<br>PO Box 91302<br>Seattle WA 98111 | hestonm@lanepowell.com<br>campbelld@lanepowell.com<br>docketing-sea@lanepowell.com | First Class Mail and Email |
| Counsel to TW Telecom Holdings Inc., an Affiliate of Level 3 Communications, Inc. | Level 3 Communications, Inc. | Attn Bankruptcy Dept<br>10475 Park Meadows Drive, #400<br>Littleton CO 80124 | BankruptcyLegal@level3.com | First Class Mail and Email |
| Counsel to The University of Southern California | Levene, Neale, Bender, Yoo & Brill L.L.P. | Monica Y. Kim, Esq.<br>10250 Constellation Blvd<br>Suite 1700<br>Los Angeles CA 90067 | myk@lnbyb.com | First Class Mail and Email |

In re Dendreon Corporation, et al.
Case No. 14-12515

Page 3 of 6

**Exhibit A**
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Oracle America, Inc. | Magnozzi & Kye, LLP | Amish R. Doshi, Esq.<br>23 Green Street, Suite 302<br>Huntington NY 11743 | adoshi@magnozzikye.com | First Class Mail and Email |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue | Attention: Steven A. Ginther - Bankruptcy Unit<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City MO 65105-0475 | deecf@dor.mo.gov | First Class Mail and Email |
| Counsel to Deerfield Management Company LP | Morris Nicholas Arsht & Tunnell LLP | Robert J. Dehney & Andrew R. Remming<br>1201 North Market Street<br>Suite 1600<br>Wilmington DE 19801 | rdehney@mnat.com<br>aremming@mnat.com | First Class Mail and Email |
| Counsel to New York Blood Center, Inc. | New York Blood Center, Inc. | Jordana G. Schwartz, Esq.<br>310 East 67th Street<br>New York NY 10065 | JSchwartz@NYBloodCenter.org | First Class Mail and Email |
| Counsel to King County, Washington | Office of the Prosecuting Attorney | Margaret Pahl<br>516 Third Avenue, W400<br>Civil Division<br>Seattle WA 98104 | peggy.pahl@kingcounty.gov | First Class Mail and Email |
| United States TrUStee District of Delaware | Office of The United States Trustee | David Buchbinder<br>844 King St Ste 2207<br>Wilmington DE 19801 | david.l.buchbinder@usdoj.gov | First Class Mail and Email |
| Counsel to Fujifilm Diosynth Biotechnologies USa, Inc. | Pachulski Stang Ziehl & Jones LLP | James E. O'Neill, Esq.<br>919 N. Market Street, 17th Floor<br>Wilmington DE 19801 | joneill@pszjlaw.com | First Class Mail and Email |
| Counsel to Fujifilm Diosynth Biotechnologies USa, Inc. | Pachulski Stang Ziehl & Jones LLP | Malhar S. Pagay, Esq<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles CA 90067 | mpagay@pszjlaw.com | First Class Mail and Email |
| Piedmont – Bridgewater NJ, LLC | Piedmont – Bridgewater NJ, LLC | Attn: Thomas A. Mckean<br>11695 Johns Creek Pkwy., Ste. 350<br>c/o Piedmont Office Realty Trust, Inc.<br>John Creek GA 30097 | | First Class Mail |
| Counsel to Blood Systems, Inc., on Behalf of Itself, Its Division United Blood Services, and Its Affiliates Blood Centers of The Pacific, Inland Northwest Blood Center, and Belle Bonfils Memorial Blood Center D/B/A Bonfils Blood Center | Polsinelli PC | Christopher A. Ward, Esq.<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com | First Class Mail and Email |
| Counsel for Savvis Communications Corporation D/B/A Centurylink Ts | Reed Smith LLP | Kurt F. Gwynne, Esquire<br>1201 N. Market Street, Suite 1500<br>Wilmington DE 19801 | kgwynne@reedsmith.com | First Class Mail and Email |
| Counsel for Valeant Pharmaceuticals International, Inc. | Richards, Layton & Finger, P.A. | Mark D. Collins & Tyler D. Semmelman<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | collins@rlf.com<br>semmelman@rlf.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of The Treasury<br>100 F St NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional office | Securities & Exchange Commission - NY Office | Attn Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street Ste 400<br>New York NY 10281-1022 | NYROBankruptcy@sec.gov<br>bankruptcynoticeschr@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional office | Securities & Exchange Commission - Philadelphia Office | Attn Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd Ste 520<br>Philadelphia PA 19103 | philadelphia@sec.gov<br>secbankruptcy@sec.gov | First Class Mail and Email |
| Counsel to Regions Bank, As TrUStee | Smith, Gambrell & Russell, LLP | John T. Vian, Esq.<br>Promenade, Suite 3100<br>1230 Peachtree Street, N.E.<br>Atlanta GA 30309-3592 | jvian@sgrlaw.com | First Class Mail and Email |
| Counsel to Airgas USA, LLC | Smith, Katzenstein & Jenkins LLP | Kathleen M. Miller<br>800 Delaware Avenue Suite 1000<br>P.O. Box 410<br>Wilmington DE 19899 | kmiller@skjlaw.com | First Class Mail and Email |
| Counsel to DocUSign, Inc. | SSL Law Firm LLP | Michael P. Brody<br>575 Market Street<br>Suite 2700<br>San Francisco CA 94105 | mbrody@ssllawfirm.com | First Class Mail and Email |
| State of Delaware Attorney General | State of Delaware Attorney General | Attention Bankruptcy Dept<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington DE 19801 | attorney.general@state.de.us | First Class Mail and Email |
| Counsel to The official Committee of Unsecured Creditors | Sullivan & Cromwell LLP | Michael H. Torkin, Esq., Mark U. Schneiderman, Esq. & David J. Jakus, Esq.<br>125 Broad Street<br>New York NY 10004-2498 | torkinm@sullcrom.com<br>schneidermanm@sullcrom.com<br>jakusd@sullcrom.com | First Class Mail and Email |
| The Indenture TrUStee for The 2.875% Convertible Senior Notes Due 2016 | The Bank of New York Mellon Trust Company, N.A. | Attention: Corporate Trust Trustee Administration<br>400 South Hope St, Suite 400<br>Los Angeles CA 90071 | erica.blair@bnymellon.com<br>donna.parisi@bnymellon.com | First Class Mail and Email |
| Thyssenkrupp Elevator Corporation | Thyssenkrupp Elevator Corporation | Attn: Ed Hadnot<br>P.O. Box 224768<br>C/O Cst Co.<br>Dallas TX 75222-4768 | ehadnot@mail.cstcoinc.com | First Class Mail and Email |
| U.S Department of Defense | U.S Department of Defense | 1400 Defense Pentagon<br>Washington DC 20301-1400 | | First Class Mail |
| U.S. Department of Health and Human Services | U.S. Department of Health and Human Services | 200 Independence Avenue, S.W.<br>Washington DC 20201 | | First Class Mail |
| U.S. Department of Veteran AffaIRS | U.S. Department of Veteran Affairs | 810 Vermont Avenue, NW<br>Washington DC 20420 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| U.S. Food and Drug Administration | U.S. Food and Drug Administration | 10903 New Hampshire Avenue<br>Silver Spring MD 20993 | US-FDA-OSPA@fda.hhs.gov | First Class Mail and Email |
| US Attorney for The District of Delaware | US Attorney For Delaware | Charles Oberly c/o Ellen Slights<br>1007 Orange St Ste 700<br>Po Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| Counsel for Valeant Pharmaceuticals International, Inc. | Weil, Gotshal & Manges LLP | Gary T. Holtzer & Ronit J. Berkovich<br>767 Fifth Avenue<br>New York NY 10153-0119 | gary.holtzer@weil.com<br>ronit.berkovich@weil.com | First Class Mail and Email |
| Counsel to Deerfield Management Company LP | Willkie Farr & Gallagher LLP | John C. Longmire & Daniel Forman<br>787 Seventh Avenue<br>New York NY 10019 | jlongmire@willkie.com<br>dforman@willkie.com<br>spaul@willkie.com | First Class Mail and Email |
| Counsel for Glaxosmithkline LLC | Womble Carlyle Sandridge & Rice, LLP | Mark L. Desgrosseilliers & Matthew P. Ward<br>222 Delaware Avenue, Suite 1501<br>Wilmington DE 19801 | mdesgrosseilliers@wcsr.com<br>maward@wcsr.com | First Class Mail and Email |
| Counsel to The official Committee of Unsecured Creditors | Young Conaway Stargatt & Taylor, LLP | Pauline K. Morgan, Esq. & Sean T. Greecher, Esq.<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | pmorgan@ycst.com<br>sgreecher@ycst.com | First Class Mail and Email |

**Exhibit B**

SRF 2380

Exhibit B
First Omnibus Objected Claims Service List
Served via First Class Mail

| Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| ALL 1 VENDING, INC. | PO BOX 1981 | | | | DOUGLASVILLE | GA | 30133 | |
| B. Eugenia Pope and Thomas L. Pope | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Bhavsar, Hemantkumar B | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Canon Financial Services, Inc. | Howard N. Sobel, P.A. | 507 Kresson Road | | | Voorhees | NJ | 08043 | |
| Carrigg, Chris | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| D & J Sanders Limited Partnership | c/o Jacqueline Sanders & Robert Sanders | 9904 Juniper Lane | | | Overland Park | KS | 66207 | |
| D & J Sanders Limited Partnership | c/o Jacqueline Sanders & Robert Sanders | 9904 Juniper Lane | | | Overland Park | KS | 66207 | |
| Dang, Cuong H | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Danin, Barbara | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Eulalia Egoavil & Augusto Egoavil | 2830 SW 60 Ct | | | | Miami | FL | 33155 | |
| Fiorilli, Michael | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Haque, Muzammel | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Jacqueline Sanders Trust | c/o Robert Sanders & Jacqueline Sanders | 9904 Juniper Lane | | | Overland Park | KS | 66207 | |
| Jacqueline Sanders Trust | c/o Robert Sanders & Jacqueline Sanders | 9904 Juniper Lane | | | Overland Park | KS | 66207 | |
| KEVIN C WESTLING SANDRA D WESTLING JTWROS | 3916 N POTSDAM AVE | #1252 | | | SIOUX FALLS | SD | 57104-7048 | |
| Lam, Minh | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Lau, Chun Yip | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Lawrence Lee & Gloria Lee JT Ten | 68 Alpine Drive | | | | Latham | NY | 12110 | |
| Lee, Gloria V. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Lee, Hyang Soon | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Lee, Kristina | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Mals, Peter S | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Mals, Peter S | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| NM Taxation & Revenue Department Creditor Number : 2264299 | PO Box 8575 | | | | Albuquerque | NM | 87198-8575 | |
| NULLI SECUNDUS INC | Barbara Gasling | 401, 1228 KENSINGTON ROAD NW | | | CALGARY | AB | T2N 3P7 | CANADA |
| Pinnacle Insurance Solutions, LLC | Michael Caradimitropoulo | 82 Bloomfield Ave | | | Pine Brook | NJ | 07058 | |
| Ratliff, Dallas Kyle | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Rengaswamy, Reji | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Robert C Sanders Trust | c/o Robert C Sanders, Trustee | 9904 Juniper Lane | | | Overland Park | KS | 66207 | |
| Robert C Sanders Trust | c/o Robert Sanders, Trustee | 9904 Juniper Lane | | | Overland Park | KS | 66207 | |
| Rossi, Patrick | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Schwan, Stephen | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Schworn, Loretta L. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Shatz, Marc | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Shi, Kaijian | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Shih, Shy Ming | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Shivers, Susan D. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Shou Nan Tsai & Lin Chu Tsai | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Sierra Liquidity Fund, LLC - Assignee & Att-in-Fact for Georgia Natural Gas- Assignor | 19772 MacArthur Blvd # 200 | | | | Irvine | CA | 92612 | |
| Singh, Ashok | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Slack, Charlene R. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Song, Chunsheng | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

In re Dendreon Corporation, et al.
Case No. 14-12515

Page 1 of 2

Exhibit B
First Omnibus Objected Claims Service List
Served via First Class Mail

| Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| Stone, Michael | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Surendra B. Joshi & Charulata S. Joshi (Joint) | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Susanne and Lee Klotz | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Svabas, Andrius | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Taos Mountain, Inc. | Lawrence Schwab/Thomas Gaa | Bialson, Bergen & Schwab | 2600 El Camino Real, Suite 300 | | Palo Alto | CA | 94306 | |
| Thach, Huyen | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Thanh Dinh & Thuy Dinh | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| The Bank of New York Mellon Trust Company, N.A, as Trustee | Donna Parisi | 6525 W. Campus Oval, Suite 200 | | | New Albany | OH | 43054 | |
| Thomas & Barbara Goetz | 20792 Castle Pines Court | | | | North Ft. Myers | FL | 33917 | |
| TRAN, HELEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| VARTANIAN, VARTAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Vogt, Ralph C. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Vojsava Hruska and Ben Hruska | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Warren A Hoffman & Diann M Hoffman JTWros | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Washington State, Department of Revenue | Attn: Susan Roland | 2101 4th Ave, Suite 1400 | | | Seattle | WA | 98121-2300 | |
| Weber, Barbara A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Williams, Terry | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Wilson, Sonja M. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Wolf TTEE, Lisa D | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Wong, Yuk Ping | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Woods, Michael J. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Wylam, Diane | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| YANG, ZHIJIAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Yockey, Mark | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

In re Dendreon Corporation, et al.
Case No. 14-12515

Page 2 of 2

**Exhibit C**

Exhibit C
Affected Parties Service List
Served via First Class Mail

| Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| Development Authority of Fulton County | Attn: Chairman | 141 Pryor Street, S.W. | Suite 1031, 1st Floor | Atlanta | GA | 30303 |
| Development Authority of Fulton County | Attn: Sandra Z. Zayac | Arnall Golden Gregory LLP | 171 17th Street NW, Suite 2100 | Atlanta | GA | 30363 |
| Fulton County Board of Assessors | Fulton County Government Center | 141 Pryor Street, Suite 2052 | | Atlanta | GA | 30303 |

In re Dendreon Corporation, *et al.*
Case No. 14-12515

Page 1 of 1