## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| DENDREON CORPORATION *et al.*,[1] | ) Case No. 14-12515 (LSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 526, 604, 609** |

### ORDER AMENDING ORDER ON MOTION TO SHORTEN TIME [D.I. 609]

UPON CONSIDERATION OF the Motion to Shorten Time filed by counsel for the Donahue Group of ad hoc equity shareholders (collectively, the "Movants"), **and the United States Trustee having filed his Objection on April 22, 2015 [D.I. 628]**;

IT IS HEREBY ORDERED as follows:

1. The Motion to Shorten is GRANTED.

2. The Hearing on the Motion for Appointment of an Official Equity Committee and Determination of Prejudice for Previous Non-Appointment (D.I. 526) (the "Motion to Appoint") will commence on April 29, 2015 at 1:00 p.m.

3. Any other Objections and Responses to the Motion to Appoint are to be file no later than April 24, 2015 at 4:00 p.m.

4. Movants' Reply is to be filed no later **than April 28, 2015 at noon.**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 1301 2nd Avenue, Seattle, Washington 98101.

5. Movants shall forthwith serve a copy of this Order upon (i) counsel for the Debtors; (ii) counsel to the Official Committee of Unsecured Creditors; (iii) counsel to the United States Trustee; and (iv) all those who request notices pursuant to Fed. R. Bankr. P. 2002.

Dated: April 23, 2015

_____
HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE