IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :

In re:                                :      Chapter 11
                                    :

DENDREON CORPORATION, et al.,   :      Case No. 14-12515 (LSS)
                                    :

                   Debtors.[1]     :      Jointly Administered
                                    :
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 29, 2015 AT 1:00 P.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware, on April 29, 2015 beginning at 1:00 p.m. (Eastern).[2]

## I.    ADJOURNED MATTERS

1.    Debtors' Objection to Claim of GlaxoSmithKline LLC Under 11 U.S.C. §§ 105(a) and 502 and Fed. R. Bankr. P. 3007 (Docket No. 536) (Date Filed: 3/30/15)

        Objection
        Deadline:    April 22, 2015 at 4:00 p.m. (Eastern), extend for GlaxoSmithKline LLC until May 26, 2015 at 4:00 p.m. (Eastern)

        Objections/
        Responses
        Filed:    None at the time of filing this agenda

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 601 Union Street, Suite 4900, Seattle, Washington 98101.

[2]   Parties wishing to participate in the hearing telephonically must contact the Court's conference call provider, CourtCall, prior to 12:00 p.m. (Eastern) on April 28, 2015, by phone (866-582-6878) or by facsimile (866-533-2946) in order to schedule a telephonic appearance.

Status:          This matter is adjourned until June 2, 2015 at 10:00 a.m.

## II.    CERTIFICATION MATTERS

2.      Debtors' Motion For Order Under 11 U.S.C. §§ 105(a), 501 And 502, Fed. R. Bankr. P. 3007 And Del. Bankr. L.R. 3007-1 Authorizing And Directing Prime Clerk LLC To Mark Certain Claims As Satisfied In Full (Docket No. 532) (Date Filed: 3/30/15)

Related
Documents:

a.      Withdrawal Of Proof Of Claim #77 Filed By Radiant Systems, Inc. (Docket No. 579) (Date Filed: 4/10/15)

b.      Certificate of No Objection (Docket No. 646) (Date Filed: 4/24/15)

c.      Proposed Form of Order

Objection
Deadline:        April 22, 2015 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:           None.

Status:          No hearing is necessary. The Debtors have filed a certificate of no objection and respectfully request that the relief sought in the proposed form of order be granted.

3.      Objection of the Debtors to Claim of Christoph Bolling, *et al.*, Under 11 U.S.C. §§ 502 and 510 and Fed. R. Bankr. P. 3007 (Docket No. 537) (Date Filed: 3/30/15)

Related
Documents:

a.      Certificate of No Objection (Docket No. 647) (Date Filed: 4/24/15)

b.      Proposed Form of Order

Objection
Deadline:        April 22, 2015 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:           None.

Status:          No hearing is necessary. The Debtors have filed a certificate of no objection and respectfully request that the relief sought in the proposed form of order be granted.

4.      Motion of GlaxoSmithKline LLC for Relief from the Automatic Stay Under Bankruptcy Code Section 362(d)(1) (Docket No. 558) (Date Filed: 4/8/15)

Related
Documents:

a.      Certification of Counsel (Docket No. 648) (Date Filed: 4/24/15)

b.      Revised Proposed Form of Order

Objection
Deadline:        April 22, 2015 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:           None.

Status:          The parties have resolved this matter.  Counsel for GlaxoSmithKline LLC has submitted a revised form of agreed order under certification of counsel and respectfully requests that the relief sought in the revised order be granted.

## III.    STATUS CONFERENCE MATTERS

5.      Debtors' Objection to Claim of William K. Jenkinson Under 11 U.S.C. §§ 105(a) and 502 and Fed. R. Bankr. P. 3007 (Docket No. 538) (Date Filed: 3/30/15)

Objection
Deadline:        April 22, 2015 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:

a.      William K. Jenkinson's Response to Debtors' Objection to Claim (Docket No. 629) (Date Filed: 4/22/15)

Status:          This matter is going forward only as a status conference.

**IV.     CONTESTED MATTERS GOING FORWARD**

6.      The Donahue Group's Motion for Appointment of an Official Equity Committee and Determination of Prejudice for Previous Non-Appointment (Docket No. 526) (Date Filed: 3/25/15)

Related
Documents:

a.      Signed Order regarding Motion to Shorten Time (Docket No. 609) (Date Filed: 4/17/15)

b.      Revised Signed Order regarding Motion to Shorten Time (Docket No. 634) (Date Filed: 4/23/15)

Objection
Deadline:        April 24, 2015 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:

a.      United States Trustee's Response To Motion For Appointment Of An Official Equity Committee And Determination Of Prejudice For Previous Non-Appointment Filed By The "Donahue Group" Of Ad Hoc Equity Shareholders (D.I. 526) (Docket No. 628) (Date Filed: 4/22/15)

b.      Debtors' Objection To Motion For Appointment Of An Official Equity Committee And Determination Of Prejudice For Previous Non-Appointment (Docket No. 644) (Date Filed: 4/24/15)

c.      Objection Of The Official Committee Of Unsecured Creditors To The Motion Of Certain Shareholders For The Appointment Of An Equity Committee (Docket No. 645) (Date Filed: 4/24/15)

Status:        This matter is going forward.

7.      First Omnibus (Non-Substantive) Objection of the Debtors to Certain (I) Duplicate, (II) Amended or Superseded, (III) Purported Equity and (IV) No Basis Claims (Docket No. 539) (Date Filed: 3/30/15)

Related
Documents:

a.      Notice of Submission of Proofs of Claim (Docket No. 597) (Date Filed: 4/15/15)

Objection
Deadline:        April 22, 2015 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:

    a.    Response of Pinnacle Risk Solutions to First Omnibus Objection of Debtors
        (Docket No. 598) (Date Filed: 4/14/15)

           i.    Supplement to Response of Pinnacle Risk Solutions to First Omnibus
              Objection of Debtors (Docket No. 630) (Date Filed: 4/22/15)

    b.    Response of Muzaffer Ozturk to First Omnibus Objection of Debtors
        (Docket No. 636) (Date Filed: 4/21/15)

    c.    Response of Ralph C. Vogt to First Omnibus Objection of Debtors
        (Docket No. 637) (Date Filed: 4/22/15)

    d.    Response of Chunsheng Song to First Omnibus Objection of Debtors
        (Docket No. 638) (Date Filed: 4/22/15)

    e.    Informal Response of Sierra Liquidity Fund, LLC

Status:        This matter is going forward.

8.    Second Omnibus (Non-Substantive) Objection of the Debtors to Certain Purported Equity
Claims (Docket No. 540) (Date Filed: 3/30/15)

Objection
Deadline:        April 22, 2015 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:

    a.    Response of Jeffrey S. Haney to Second Omnibus (Non-Substantive) Objection of
        the Debtors to Certain Purported Equity Claims (Docket No. 590)
        (Date Filed: 4/14/15)

    b.    Response of Laurence R. Meyerson to Second Omnibus (Non-Substantive)
        Objection of the Debtors to Certain Purported Equity Claims (Docket No. 591)
        (Date Filed: 4/14/15)

    c.    Response of Arash Azizi to Second Omnibus (Non-Substantive) Objection of the
        Debtors to Certain Purported Equity Claims (Docket No. 619)
        (Date Filed: 4/21/15)

      d.      Response of Gary M. Heilner to Second Omnibus (Non-Substantive) Objection of the Debtors to Certain Purported Equity Claims (Docket No. 639) (Date Filed: 4/22/15)

      e.      Informal Response of the Donahue Group

Status:      This matter is going forward.

Dated: Wilmington, Delaware
      April 27, 2015

      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

      */s/ Sarah E. Pierce*
      Anthony W. Clark (I.D. No. 2051)
      Sarah E. Pierce (I.D. No. 4648)
      One Rodney Square
      P.O. Box 636
      Wilmington, Delaware 19899-0636
      Telephone: (302) 651-3000
      Fax: (302) 651-3001

      - and -

      Kenneth S. Ziman
      Raquelle L. Kaye
      Four Times Square
      New York, New York 10036-6522
      Telephone: (212) 735-3000
      Fax: (212) 735-2000

      - and -

      Felicia Gerber Perlman
      155 N. Wacker Drive
      Chicago, Illinois 60606-1720
      Telephone: (312) 407-0700
      Fax: (312) 407-0411

      Counsel for Debtors and Debtors in Possession