IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
: 
DENDREON CORPORATION, et al., : Case No. 14-12515 (LSS)
: 
Debtors.[1] : Jointly Administered
: 
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 2, 2015 AT 10:00 A.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware, on June 2, 2015 beginning at 10:00 a.m. (Eastern).[3]

**I.    RESOLVED MATTERS**

1.    Debtors' Objection to Claim of GlaxoSmithKline LLC Under 11 U.S.C. §§ 105(a) and 502 and Fed. R. Bankr. P. 3007 (Docket No. 536) (Date Filed: 3/30/15)

   Related
   Documents:

   a.    Certification of Counsel In Support Of Entry Of Order Approving Stipulation Of Settlement Between GlaxoSmithKline LLC And The Debtors Resolving The Debtors' Objection To Claim Of GlaxoSmithKline LLC Under 11 U.S.C. §§ 105(A) And 502 And Fed. R. Bankr. P. 3007 (Docket No. 720) (Date Filed: 5/22/15)

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Dendreon Corporation (3193), Dendreon Holdings, LLC (8047), Dendreon Distribution, LLC (8598) and Dendreon Manufacturing, LLC (7123). The address of the Debtors' corporate headquarters is 601 Union Street, Suite 4900, Seattle, Washington 98101.

[2]  **Revisions to the prior version of the agenda appear in bold.**

[3]  Parties wishing to participate in the hearing telephonically must contact the Court's conference call provider, CourtCall, prior to 12:00 p.m. (Eastern) on June 1, 2015, by phone (866-582-6878) or by facsimile (866-533-2946) in order to schedule a telephonic appearance.

    b.    Order Approving Stipulation Of Settlement Between GlaxoSmithKline LLC And The Debtors Resolving The Debtors' Objection To Claim Of GlaxoSmithKline LLC Under 11 U.S.C. §§ 105(A) And 502 And Fed. R. Bankr. P. 3007 (Docket No. 729) (Date Filed: 5/27/15)

    Objection Deadline:    April 22, 2015 at 4:00 p.m. (Eastern), extend for GlaxoSmithKline LLC until May 27, 2015 at 12:00 p.m. (Eastern)

    Objections/Responses Filed:    None.

    Status:    This matter is resolved. The Court has entered an order at Docket No. 729.

## II.  CERTIFICATION MATTERS

2.    Debtors' Objection to Claim of William K. Jenkinson Under 11 U.S.C. §§ 105(a) and 502 and Fed. R. Bankr. P. 3007 (Docket No. 538) (Date Filed: 3/30/15)

    Related Documents:

    a.    Certification of Counsel (Docket No. 734) (Date Filed: 5/28/15)

    b.    Proposed Form of Order

    Objection Deadline:    April 22, 2015 at 4:00 p.m. (Eastern)

    Objections/Responses Filed:

    a.    William K. Jenkinson's Response to Debtors' Objection to Claim (Docket No. 629) (Date Filed: 4/22/15)

    Status:    This matter is adjourned until July 29, 2015 at 10:00 a.m. (Eastern). The parties have filed a proposed scheduling order under certification of counsel for the Court's consideration.

3.    Third Omnibus (Non-Substantive) Objection of the Debtors to Certain (I) Amended or Superseded, (II) Purported Equity, and (III) No Basis Claims (Docket No. 674) (Date Filed: 5/1/15)

    Related

Documents:

a. Notice of Submission of Proofs of Claim (Docket No. 704) (Date Filed: 5/19/15)

b. Certificate of No Objection (Docket No. 735) (Date Filed: 5/28/15)

c. Proposed Form of Order

Objection
Deadline: May 26, 2015 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed: None.

Status: No hearing is necessary. The Debtors have filed a certificate of no objection and respectfully request that the relief sought in the proposed form of order be granted.

4. Debtors' Motion For Order Pursuant To 11 U.S.C. §§ 105 And 363 And Fed. R. Bankr. P. 9019 Approving Release And Stipulation With W. Thomas Amick (Docket No. 692) (Date Filed: 5/11/15)

Related
Documents:

a. Certificate of No Objection (Docket No. 736) (Date Filed: 5/28/15)

b. Proposed Form of Order

Objection
Deadline: May 26, 2015 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed: None.

Status: No hearing is necessary. The Debtors have filed a certificate of no objection and respectfully request that the relief sought in the proposed form of order be granted.

5.     Motion of Debtors for Order Estimating Certain Contingent or Unliquidated Claims Under Bankruptcy Code Sections 105(a) and 502(c) (Docket No. 693) (Date Filed: 5/11/15)

    Related Documents

    a.     Certification of Counsel (Docket No. 744) (Date Filed: 5/29/15)

    b.     Proposed Form of Order

    Objection Deadline:     May 26, 2015 at 4:00 p.m. (Eastern), extended for Counsel to Claimant Mitchell H. Gold until May 27, 2015 at 12:00 p.m. (Eastern)

    Objections/ Responses Filed:

    a.     Objection of Cigna Health and Life Insurance Company to Motion of Debtors (Docket No. 724) (Date Filed: 5/26/15)

        Status: This objection has been resolved. The Debtors have submitted a revised form of order for the Court's consideration.

    b.     Informal Objection of Mitchell H. Gold

        Status: This objection has been resolved. The Debtors have submitted a revised form of order for the Court's consideration.

    General Status:     The Debtors have filed a revised form of order under certification of counsel for the Court's consideration.

6.     Debtors' Second Motion for Order Under 11 U.S.C. §§ 105(a), 501 and 502, Fed. R. Bankr. P. 3007 and Del. Bankr. L.R. 3007-1 Authorizing and Directing Prime Clerk LLC to Mark Certain Claims as Satisfied in Full (Docket No. 694) (Date Filed: 5/12/15)

    Related Documents:

    a.     Certification of Counsel (Docket No. 737) (Date Filed: 5/28/15)

    b.     Revised Proposed Form of Order

Objection
Deadline: May 26, 2015 at 4:00 p.m. (Eastern), extended for Sierra Liquidity Fund, LLC until May 28, 2015 at 4:00 p.m. (Eastern)

Objections/
Responses
Filed:

a. Informal Response of Sierra Liquidity Fund, LLC (Claim Nos. 25 and 282)

Status: This matter has been adjourned until a date and time to be determined solely with respect to claimant Sierra Liquidity Fund, LLC and Claim Nos. 25 and 282.

b. **Response of Sargas Pharmaceutical Adherence & Compliance (SPAC) International LLC (Claim No. 1) (Docket No. 747) (Date Filed: 5/26/15)**

Status: This response has been resolved.

c. **Response of Atlanta Blood Services (Docket No. 748) (Date Filed: 5/26/15)**

**Status: This matter has been adjourned until a date and time to be determined solely with respect to claimant Atlanta Blood Service.**

General
Status: **This matter will go forward with respect to all claims listed in the motion other than those of Sierra Liquidity Fund, LLC and Atlanta Blood Services. The Debtors will submit a revised form of order at the hearing.**

### III. CONFIRMATION MATTERS

7. Second Amended Plan Of Liquidation Pursuant To Chapter 11 Of The Bankruptcy Code Proposed By The Debtors (Docket No. 698) (Date Filed: 5/14/15)

Related
Documents:

a. Order (A) Approving The Form And Manner Of Notice Of The Disclosure Statement Hearing; (B) Approving Disclosure Statement; (C) Authorizing The Offer And Sale Of Valeant Shares Exempt From Registration Under Securities Laws Pursuant To Bankruptcy Code Section 1145 And Pursuant To Bankruptcy Code Section 1125(e) Safe Harbor; (D) Scheduling Hearing On Confirmation Of Plan; (E) Establishing Deadlines And Procedures For Filing Objections To Confirmation Of Plan; (F) Establishing Deadlines And Procedures For Voting On The Plan; (G) Approving Solicitation Procedures; (H) Establishing Procedures For Tabulation Of Votes; And (I) Granting Related Relief (Docket No. 596) (Date Filed: 4/15/15)

b.  Notice Of (A) Confirmation Hearing With Respect To Plan Of Liquidation Pursuant To Chapter 11 Of The Bankruptcy Code Proposed By The Debtors And (B) Related Objection Deadline (Docket No. 607) (Date Filed: 4/16/15)

c.  Certificate of Publication of Michael Deboissiere Regarding Notice of (A) Confirmation Hearing with respect to Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and (B) Related Objection Deadline Published in The New York Times and Financial Times (Docket No. 681) (Date Filed: 5/6/15)

d.  Notice Of Filing Of Plan Supplement To The Second Amended Plan Of Liquidation Pursuant To Chapter 11 Of The Bankruptcy Code Proposed By The Debtors (Docket No. 700) (Date Filed: 5/14/15)

e.  Declaration Of James Daloia Of Prime Clerk LLC Regarding The Solicitation Of Votes And Tabulation Of Ballots Cast On The First Amended Plan Of Liquidation Pursuant To Chapter 11 Of The Bankruptcy Code Proposed By The Debtors (Docket No. 728) (Date Filed: 5/27/15)

f.  Notice Of Filing Of Second Plan Supplement To The Second Amended Plan Of Liquidation Pursuant To Chapter 11 Of The Bankruptcy Code Proposed By The Debtors (Docket No. 738) (Date Filed: 5/29/15)

g.  Statement Of Official Committee Of Unsecured Creditors In Support Of Confirmation Of The Second Amended Plan Of Liquidation Pursuant To Chapter 11 Of The Bankruptcy Code Proposed By The Debtors (Docket No. 739) (Date Filed: 5/29/15)

h.  Debtors' Memorandum Of Law (I) In Support Of Confirmation Of The Second Amended Plan Of Liquidation Pursuant To Chapter 11 Of The Bankruptcy Code Proposed By The Debtors And (II) In Response To Objections Thereto (Docket No. 742) (Date Filed: 5/29/15)

i.  Declaration Of Robert L. Crotty, President, General Counsel, And Secretary Of Dendreon Corporation In Support Of Confirmation Of The Second Amended Plan Of Liquidation Pursuant To Chapter 11 Of The Bankruptcy Code Proposed By The Debtors (Docket No. 743) (Date Filed: 5/29/15)

j.  Notice Of Filing Of Proposed Findings Of Fact, Conclusions Of Law, And Order Confirming Second Amended Plan Of Liquidation Pursuant To Chapter 11 Of The Bankruptcy Code Proposed By The Debtors (Docket No. 745) (Date Filed: 5/29/15)

Objection
Deadline:      May 19, 2015 at 4:00 p.m. (Eastern), extended for the Indenture Trustee and the United States Department of Justice until May 22, 2015 at 4:00 p.m. (Eastern) and extended for GlaxoSmithKline LLC until May 27, 2015 at 12:00 p.m. (Eastern)

Objections/
Responses
Filed:

a.   Limited Objection Of The Donahue Group To Confirmation of the Debtors' Second Amended Plan of Liquidation (Docket No. 705) (Date Filed: 5/19/15)

   Status: This response has been resolved.

b.   Oracle's Reservation Of Rights Regarding The Second Amended Plan Of Liquidation Pursuant To Chapter 11 Of The Bankruptcy Code Proposed By The Debtors (Docket No. 706) (Date Filed: 5/19/15)

   Status: This response has been resolved.

c.   Michael E. Caradimitropoulo's Motion to Stay Closing of the Sale Pending Review by This Court and/or Appeal to the District Court (Docket No. 714) (Date Filed: 5/19/15)

   Status: This response is going forward solely with respect to plan confirmation matters.

d.   Michael E. Caradimitropoulo's Limited Objection to Debtor's Plan of Liquidation (Docket No. 718) (Date Filed: 5/20/15)

   Status: This response is going forward.

e.   Omnibus Objection By The United States To: (1) The Assumption And Assignment Of Contracts; And (2) Provisions In The Debtors Joint Plan Of Reorganization Which Affect The Contracts (Docket No. 733) (Date Filed: 5/28/15)

   Status: This response is going forward.

f.   Informal Response of the United States Internal Revenue Service

   Status: This response has been resolved.

g.   Informal Response of LaShunda Banks, Jarrod S. White, Boyce E. Bush, Facia Beysolow, Calvin Richardson, Zalika Howard

7

Status: The Debtors intend to include language in the proposed confirmation order resolving this informal response.

General
Status:        This matter is going forward.

Dated: Wilmington, Delaware
May 29, 2015

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        */s/ Sarah E. Pierce*
        Anthony W. Clark (I.D. No. 2051)
        Sarah E. Pierce (I.D. No. 4648)
        One Rodney Square
        P.O. Box 636
        Wilmington, Delaware 19899-0636
        Telephone: (302) 651-3000
        Fax: (302) 651-3001

        - and -

        Kenneth S. Ziman
        Raquelle L. Kaye
        Four Times Square
        New York, New York 10036-6522
        Telephone: (212) 735-3000
        Fax: (212) 735-2000

        - and -

        Felicia Gerber Perlman
        155 N. Wacker Drive
        Chicago, Illinois 60606-1720
        Telephone: (312) 407-0700
        Fax: (312) 407-0411

        Counsel for Debtors and Debtors in Possession